# Sealed Document

Case 1:97-cv-00700-SLR    Document 290    Filed 03/07/2005    Page 1 of 1

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com