IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 97-700-SLR ) |
| CORDIS CORPORATION, JOHNSON & JOHNSON, and EXPANDABLE GRAFTS PARTNERSHIP, | ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

For reasons stated in the jury verdict of March 14, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Cordis Corporation, Johnson & Johnson, and Expandable Grafts Partnership and against plaintiff Medtronic Vascular, Inc.

_____
United States District Judge

Dated: March 31, 2005

_____
(By) Deputy Clerk