# ATTACHMENT D

**Subject:**    : Cordis / Medtronic Vascular Litigation, C.A. Nos. 97-550 and 97-700-SLR

```
From: SBalick [mailto:SBalick@ashby-geddes.com]
Sent: Monday, February 28, 2005 4:57 PM
To: 'slr_civil@ded.uscourts.gov'
Cc: Karen Jacobs Louden; Leslie A. Polizoti; 'rlupo@mwe.com';
'dtanguay@mwe.com'; 'madavis@mwe.com'; 'munderhill@mwe.com';
'jrizzo@mwe.com'; 'jingersoll@ycst.com'; 'jshaw@ycst.com';
'cwright@ycst.com'; 'gbadenoch@kenyon.com'; 'cbrainard@kenyon.com';
'abreneisen@kenyon.com'; 'mchapman@kenyon.com'; 'gldiskant@pbwt.com';
'wfcavanaugh@pbwt.com'; 'emgelernter@pbwt.com'; 'kjlandsman@pbwt.com';
'mjtimmons@pbwt.com'; 'sbhoward@pbwt.com'; 'reson@pbwt.com'; JDay
Subject: Cordis / Medtronic Vascular Litigation, C.A. Nos. 97-550 and
97-700-SLR
```

Dear Chief Judge Robinson:

By email of this date, Your Honor denied AVE's request for a conference in
advance of the start of trial unless there are issues which may affect
opening statements.  In Cordis' view, there are no such issues.

Taking the issues raised by AVE in turn:

(1)    Cordis' opening statement will not mention Dr. Ersek's compensation or
the scope of his testimony.  We assume the particulars that AVE wishes to
discuss can be resolved at a later time.

(2)    AVE seeks clarification of certain evidence relating to the alleged
superiority of its products over the claimed invention and/or Cordis'
commerical embodiment.  Your Honor has ruled this evidence is inadmissible
for purposes of infringment, but may be admissible if relevant to validity.
We have advised AVE that Cordis will not rely on the commercial success of
AVE's stents as evidence of nonobviousness, and will not accuse AVE of
copying.  This eliminates any possible relevance of any product-to-product
comparisons or claims of superiority to the claimed invention under
paragraphs (4)(h), (i), (k), and (m) of the Court's February 23, 2005
Memorandum Order (D.I. 1329) (the "Order").  For this reason, we expect AVE
will make no such comparisons in its opening remarks.

(3)    We will make no reference to the IP Worldwide Article in our
opening.

(4)    Cordis is not accusing AVE of copying and so, as your Honor has
ruled,
its patents are inadmissible.  Order, paragraph 4(l).  We have filed a
brief
today in response to AVE's brief on this subject.

Cordis believes that a conference would be helpful to discuss certain
aspects of the Order, but that this could be accomplished on Friday after
opening statements.  We had previously agreed that witnesses would not

ie
:alled until Monday morning.

Respectfully,

Steven J. Balick
Ashby & Geddes
302-654-1888
ashby-geddes.com


. . . . .

This message, including any accompanying documents or attachments, may
contain information that is confidential or that is privileged.  If you are
not the intended recipient of this message, please note that the
dissemination, distribution, use or copying of this message or any of the
accompanying documents or attachments is strictly prohibited.  If you
believe that you may have received this message in error, please contact me
at (302) 658-9200 or by return e-mail.

. . . . .

# ATTACHMENT E



**WILCOX & FETZER LTD.**

## In The Matter Of:

# Dr . Schatz Boyd Gary & Bradberry Spencie

————————————————————————————————

## Reel 2.1 of 2 EGPV000068

### April 15, 1998

————————————————————————————————

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                          Reel 2.1 of 2 EGPV000068

Page 1

```
 1    Dr. Schatz 4/15/98 Boyd Gary & Bardberry Spencie Reel 2-1

 2    of 2 EGPV000068.

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                                    Reel 2.1 of 2 EGPV000068

Page 2

1    DR. SCHATZ:  Our next patient is a          00:00:00
2    56-year-old gentleman with relatively recent onset of     00:00:01
3    angina.  That was very classic.  Dr. Bott on my right     00:00:05
4    here did a diagnostic angiogram and found this tight     00:00:08
5    lesion in the right coronary and a modest lesion in the     00:00:14
6    mid LED, an anomalous circumflex that comes off the     00:00:16
7    coronary.                              00:00:20
8           And our approach here is -- and you will see     00:00:22
9    in a moment here -- we are going to attack this right     00:00:24
10   coronary first.  We just tried two wires, a stabilizer     00:00:27
11   and a PT graphics.  And each one had difficulty getting     00:00:30
12   down there despite perfect guide position.  So this thing     00:00:32
13   could be a lot tighter or more calcified than we think.     00:00:37
14          So we are going to go to our secret weapon     00:00:41
15   here, which is the shenoby (phonetic).  Can I get a     00:00:44
16   transit?  Okay.  Here is the shenoby.  That's the new     00:00:47
17   wire from Cordis for total occlusions.  Get in there     00:00:53
18   first.  This elema (phonetic) with side holes guiding     00:00:59
19   catheter is a Cordis 8 French.  A little test shot there.  00:01:03
20   Good.                                00:01:09
21          All right.  So we've had two wires fail     00:01:12
22   already.  So it makes this all the more testing.  This     00:01:14
23   has been a phenomenal wire.  It's got all the stiffness,     00:01:18
24   torque and lubricity that you need for totals.  If it     00:01:21

Page 3

1    buckles a little bit or if it doesn't want to go, we'll     00:01:24
2    have to go to a backup with a transit just to give it a     00:01:27
3    little more column strength.  So we will see what happens  00:01:33
4    here.                                00:01:36
5           See, it's got nice tip rotation for a stiff     00:01:41
6    wire.  It's nicely coated, a pretty good guide position     00:01:44
7    there.  It's a lot tougher than we thought.  It's a very     00:01:48
8    nice wire.  Let's see if we can do it.  If not, we'll     00:01:57
9    just go right to the transit.  Let's have the transit     00:02:00
10   opened.                              00:02:00
11          What's happening, we are losing a little bit     00:02:03
12   of our guide power.  The guide is good, but it's not     00:02:05
13   really good enough.  It's perfect.  It's not quite     00:02:08
14   perfect.  Let's have the transit.  Okay.  That's stuffed     00:02:12
15   right there.                          00:02:19
16          All right.  Take a deep breath there,     00:02:26
17   Spence, real deep.  Test that.  It's acting like a total.  00:02:32
18   He also has atrial fibrillation, which you can see, which  00:02:34
19   we are treating him for that as well.  Put a little Cynie  00:02:45
20   (phonetic) on that.  Hold that breath if you can.     00:02:48
21   Inject.  Breathe away.  Actually, I got down there a     00:02:52
22   little bit farther.                    00:02:54
23          Now, when you see this much difficulty with     00:02:55
24   the wire, you should start to think about a rotor blade,  00:02:57

Page 4

1    which you might have to actually.  There you go.  All     00:03:01
2    right.  Test that.  Okay.  That's a real tight lesion     00:03:05
3    there.  We may have trouble getting a balloon across     00:03:11
4    there.  So we may just have to drill this after all.  We  00:03:20
5    may just have to.  Test that, Brad.  And I need a better  00:03:24
6    wire to torque it around up there.     00:03:31
7           Okay.  We have the transit.  And we will     00:03:32
8    switch this out for a regular wire, I think.  Let's have  00:03:38
9    a stabilizer.  We'll just switch this.     00:03:45
10          Now, if the transit doesn't go, then we know  00:03:48
11   we are going to have to drill this.  But I'm quite     00:03:51
12   sure -- a regular stabilizer, yeah.  As soon as this goes 00:03:53
13   across, I'll jump out and do that perk close over there   00:03:58
14   and you guys can start getting this set up.     00:04:01
15          Okay.  Get on that wire, Jerry.  Advancing.  00:04:10
16   Yeah.  It's okay.  Don't test them unless I ask you     00:04:23
17   because this will squirrel up my hands.  That's pretty     00:04:27
18   hard.  Okay.                          00:04:37
19          Now, let's have our stabilizer and I'll put     00:04:38
20   a little bigger bend on it.  Stabilizer.  Okay.  So I'll   00:04:42
21   put a little bigger bend on this.  Okay.  Let me switch.   00:05:12
22   Get on the other side of me here if you don't mind.  Test 00:05:24
23   for me there with your left foot there.  That's good.     00:05:28
24          Okay.  Here we go.  All I want to do is get   00:05:33

Page 5

1    this down past there and I'll use that big bend to stay   00:05:36
2    in the right coronary.  Test shot there.  There we go.    00:05:41
3    Okay.  Our way out there.  Okay.  That's fine.     00:06:01
4           All right.  Let's switch this.  Run that     00:06:03
5    down.  I will put tension on that and run that all the    00:06:05
6    way down there.  Pick the Stabilizer XS next.  Yeah, all  00:06:08
7    the way down.  We'll switch it out.  Good.  Stop right     00:06:12
8    there.  Stabilizer XS.  Okay.  Why don't you do that,     00:06:14
9    Jerry, get that down there and go ahead and do your     00:06:19
10   balloon?  I have to break out of here for a second.  Just 00:06:22
11   disconnect me and turn the tapes off.     00:06:25
12          Actually, keep -- oh, shoot.  Gosh darn it.   00:06:27
13   We're taping this.  Bloody hell.  Just put everything on  00:06:32
14   Cynie there so when I come back we'll -- okay.     00:06:35
15          Okay.  Take it up, 2, 4, 6.  So like all     00:07:02
16   bare-stents, the minute it comes out, all the stents     00:07:15
17   these little ribs on them and they are like speed bumps.  00:07:17
18   Each one has an opportunity to snag.  So it could snag at 00:07:21
19   the ostium or anywhere along that length there.  So if it 00:07:23
20   snags -- I'll put it in or I'll show you.  But the minute 00:07:26
21   it snags, I'm going to stop because you can't really     00:07:27
22   force it.  But at least you can see it and tease it back  00:07:30
23   in the guide.  The trick is not to let it get out of the  00:07:33
24   guide.  If you're having trouble with it, you don't want  00:07:36

2 (Pages 2 to 5)

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                                    Reel 2.1 of 2 EGPV000068

Page 6

1  to be in that situation where it backs out.          00:07:37
2        Sinus rhythm again. Okay. That's a 3          00:07:42
3  millimeter by 30 Predator from Cordis. And deflate. All  00:07:46
4  right. Yeah, he converted the sinus. Yeah. Okay.      00:07:54
5  Good. We'll take another look here.          00:08:03
6        Dr. Bott and I were just talking about          00:08:09
7  benefits and risks of bare-stenting. We're going to try  00:08:10
8  a 22 millimeter Crown here. And the risk of snagging,   00:08:12
9  like with all the stents, the MultiLink and all the      00:08:15
10 others. Yeah. It looks a little better. So with the      00:08:19
11 bare-stents, you want to do a lot more pre-dilating      00:08:23
12 because of that snagging opportunity. So a little more   00:08:26
13 aggressive, loose and coming out. And even with the best  00:08:28
14 effort, you still can end up snagging. And worst case    00:08:32
15 bare-stent is embolization. So it can happen with all    00:08:35
16 the stents. All of them have that potential problem.     00:08:38
17        Okay. Switch again. Here is the Crown, the  00:08:41
18 22 millimeter Crown. Show it right there. It's a very    00:08:50
19 nice low profile. Let me check them a little bit to make  00:08:58
20 sure there are no snags. Sometimes they are a little      00:09:02
21 loose. But that feels pretty darn good. And you can      00:09:05
22 actually bend these a little bit to try and make the      00:09:10
23 curve.                                              00:09:12
24        Flexibility is not the issue here. It's      00:09:12

Page 7

1  always deliverability. You can have a very flexible      00:09:14
2  stent and not deliver it because it snags or embolizes.  00:09:16
3  The advantage of this, it's on high pressure balloon.    00:09:21
4  And, also, you can see it. So if it snags, at least you  00:09:22
5  should be able to retrieve it without getting into      00:09:27
6  trouble.                                            00:09:29
7        Having that said, of course, we have      00:09:30
8  embolized these. So just like all of them. Okay. And    00:09:32
9  that's a Stabilizer XS wire we have in there so it      00:09:43
10 straightens everything out. Okay. Advancing. Crowns    00:09:46
11 going in. Two markers. Take a real deep breath, Spencie,  00:09:50
12 deep breath and hold it. A little snagging like we      00:10:04
13 predicted right there. Hold that breath if you can. All  00:10:09
14 right. And there it's snagging. Breathe normally. And    00:10:13
15 it's snagging right about, interestingly, where the      00:10:17
16 lesion was. So there is probably some calcium there.    00:10:19
17        Notice I've got the stent still inside the  00:10:23
18 guide. So if I want to come out, it's pretty easy. Slow  00:10:25
19 the cord. Just put in on Cynie. Inject. And what a      00:10:28
20 surprise, right at that section there.          00:10:35
21        So our choices are to dilate much more      00:10:37
22 aggressively with a bigger balloon for longer or go to a  00:10:40
23 different stent. A PSS I think would go down there just  00:10:44
24 fine. But I'm not going to push too hard here because I  00:10:45

Page 8

1  really don't want to risk embolizing this. Tension on the  00:10:48
2  wire. And that's just poor snagging. That's not a      00:10:51
3  flexibility problem. That's just pure snagging.      00:10:54
4        Real deep breath, Spence. Okay. I'm going  00:10:59
5  to go ahead and take it back. I'm still in the guide    00:11:00
6  there. So I'm just going to take it back. Retrieve it.   00:11:03
7  Yeah. All right. Because we have it blown open already  00:11:07
8  and trying to save a little money, we'll just try a real  00:11:11
9  aggressive balloon one more time. If that doesn't work,  00:11:13
10 we will switch to a different stent.          00:11:17
11        You still want a radiopaque one. The only  00:11:25
12 other option really, I think, is the AVE Microstent,     00:11:28
13 Microstent II or the GFX, which are good choices. I      00:11:31
14 wouldn't use a MultiLink here because of its      00:11:37
15 radiolucency.                                      00:11:41
16        Okay. Balloon again. There it is. Just      00:11:43
17 snagging right where you thought it would. Notice the    00:11:48
18 vessel's already recoiled there a little bit there.      00:11:51
19 That's the problem. So what we'll do, we'll do a nice    00:11:54
20 long inflation and really fast try and get the stent      00:11:57
21 in there as quick as possible. Keep this Crown in the    00:12:01
22 bath here so it stays. All right. That's exactly what    00:12:05
23 happened to us yesterday. I told you. Do you remember?  00:12:16
24 Same thing.                                        00:12:19

Page 9

1        Oh, the other thing is put 2.15's in. Okay.  00:12:22
2  Advancing. It's not a bad option. But those can snag    00:12:26
3  also on each other. Okay. Pick it up. Test shot there.   00:12:33
4  Make sure I know where I am. Okay. It looks pretty      00:12:56
5  good. All right. Take it up, 2, 4, 6. Yes. Go to 8.     00:13:03
6  How hard did you go before on this? Okay. Good. Go to  00:13:09
7  10. All right. We're going to hold it there now and    00:13:14
8  hopefully get a little better.          00:13:16
9        Okay. So just basically you want a smooth    00:13:34
10 run in there. If you run your fingers on it, it feels    00:13:37
11 pretty smooth. But those little stickles of calcium will  00:13:41
12 just grab that. And it's just a problem. I guarantee    00:13:47
13 the old PSS would go right down there. We may have to do  00:13:50
14 that, since it's a Cordis case, just put the old PSS    00:14:00
15 down. Well, we could go to another stent.          00:14:03
16        All right. Okay. Now, what we want to do,  00:14:22
17 Lori, we want to replace this as quickly as possible. So  00:14:25
18 the second this comes out, have this flushed and ready to  00:14:27
19 go and we'll wire it as quickly as we can. Nice long    00:14:30
20 inflation there. Let it sit. What was the last one?      00:14:34
21 Yeah. Okay. ECT coming. What length is the GFX coming?  00:14:56
22 We only have one? Well, 3.5 by what? Well, it doesn't    00:15:17
23 matter. We only have one.                          00:15:24
24        All right. I haven't tried that yet. I      00:15:27

3 (Pages 6 to 9)

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                    Reel 2.1 of 2 EGPV000068

Page 10

1  want to try it, but. We have some Microstents too. I    00:15:35
2  don't like those because they push too much. There is    00:15:40
3  too much cobblestone. But the trial looks pretty good.    00:15:42
4  I saw the numbers. And they look the same, so.    00:15:47
5          Okay. Deflate. Let's get it out as quickly    00:15:53
6  as possible. Go. Yeah. It's open. Yeah, it's open.    00:16:02
7  Good. You are out. Okay. Quick toot right there.    00:16:32
8  Okay. Let's have it down. Take a deep breath and hold    00:16:40
9  it there, Spence. Okay. A little better. Let's go    00:16:44
10  quickly.    00:16:48
11          Okay. What we are going to try to do is get    00:16:49
12  that stent down before it has a chance to recoil. So it    00:16:50
13  looks a little better there. We'll know in a minute if    00:16:54
14  we did it right. Otherwise, have some PSS's ready, 3.0    00:16:59
15  by 15's. Okay. Advance. Here we go. Okay. Spence,    00:17:06
16  take a deep breath. Same thing. Breathe normally.    00:17:27
17  Good. It just doesn't want to go.    00:17:35
18          Okay. Well, rather than risk it, let's get    00:17:38
19  a PSS. All right. Take it out. All right. Open up the    00:17:42
20  PSS. We're still in the guide there. So we can take it    00:17:46
21  out safely. The last thing you want is to be fishing    00:17:50
22  around for embololalic stents and coronaries. You have    00:17:54
23  an alternative here that's going to work. So why not    00:17:55
24  just do it? You could try 2.15 crowns also. But I think    00:17:59

Page 11

1  there is really not much advantage at this point.    00:18:07
2          Where was this now? Oh, if you want optimal    00:18:17
3  stenting. Oh, yeah, I already went there. That's right,    00:18:27
4  after I saw you, yeah. I thought it went pretty good.    00:18:29
5  Yeah. Some of those talks were good. Yeah. Well, I    00:18:31
6  load all my slides with that kind of stuff, and    00:18:39
7  especially now with all the competitive devices. All the    00:18:42
8  trials basically say they are equivalent to the PSS. So    00:18:45
9  there is no real huge advantage. Well, they don't    00:18:50
10  mention it. They don't care. It sort of comes with the    00:18:59
11  territory, yeah.    00:19:05
12          206? There we go. This ought to go right    00:19:21
13  down. Okay. We have a PSS here. Let's see if that will    00:19:24
14  go. Notice we didn't try too hard with that bare-stent.    00:19:30
15  There is no real reason why to struggle. If it's not    00:19:33
16  going, it's not going, you know.    00:19:36
17          Okay. Advancing. This ought to go pretty    00:19:39
18  easily. Deep breath, Spence. Snagging too. That's    00:19:41
19  interesting. Breathe normally. That's it.    00:19:59
20          Okay. So even though we have -- look at    00:20:07
21  that sheath. What happened there? What happened there?    00:20:09
22  That sheath got -- you see that? That sheath got slid    00:20:13
23  way down there. How did that happen?    00:20:17
24          All right. Let's take it back, make sure    00:20:21

Page 12

1  the stent is okay. Hold this together when it comes out.    00:20:22
2  Good. Go. Get the wire way back down. Push the wire    00:20:25
3  right now. What we are tying to do is get the wire back    00:20:31
4  down before we come out too far. Okay. Hold it. Now,    00:20:47
5  that's not the problem there. Okay. Switch. Let me do    00:20:55
6  that. It will be all right. I wanted to give him plenty    00:21:00
7  of insurance there. Okay. Loose and coming out.    00:21:04
8          Now, that's interesting. This thing is    00:21:10
9  completely jammed. All right. That's in the branch. So    00:21:11
10  just hold that just like so. And let's make sure that    00:21:24
11  everything is -- yeah, that's okay there. Loose, and why    00:21:29
12  this thing doesn't want to come out? The wire is    00:21:34
13  completely jammed inside the system. This is flushed and    00:21:37
14  everything? Look at that. Completely jammed wire.    00:21:40
15  Never seen that before. Yeah. Stuck.    00:21:45
16          All right. Well, it's too late now. It's    00:21:50
17  open. So make sure we don't lose the stent there. Stent    00:21:55
18  is fine. Yeah, it's fine. All right. Take that just --    00:22:01
19  yeah, look at that. Just leave it like that. Okay.    00:22:07
20  Let's have another stabilizer real quick, please, before    00:22:11
21  we lose this switch again. First wire, yeah, get a wire    00:22:16
22  down there before it closes on us.    00:22:20
23          Stabilizer is fine. Well, how about that?    00:22:23
24  First time for everything. Stabilize as quickly as    00:22:25

Page 13

1  possible. Get a new one, new stabilizer, please,    00:22:33
2  quickly, warp speed. Well, strange where it's snagging    00:22:40
3  there. Well, we may have to go to something else. Mini    00:22:54
4  Crown -- I mean, Microstent. Well, we'll just dilate one    00:22:59
5  more time. That makes me a little suspicious. If the --    00:23:04
6  yeah, it's just a big calcium slug there that's just in    00:23:13
7  the way. So I'm a little nervous now about the other    00:23:19
8  bare-stents. Torquer. Okay. Test. Very careful here.    00:23:23
9  Test, test, test. I should have put a bigger bend on    00:23:43
10  there. Same problem as before. Yeah.    00:23:47
11          Predator in the XS again. Probably need a    00:23:56
12  new one. Let's try the Iron Man. Let's be different.    00:24:00
13  Let's try the Iron Man. Cable in. Well, I'm surprised.    00:24:04
14  I really thought that with that extra dilatation, I bet    00:24:10
15  thing would go just fine.    00:24:14
16          Yeah, really well, too.    00:24:16
17          Well, that's calcium. There is calcium    00:24:19
18  there. I did think that the PSS would go. But I'll bet,    00:24:23
19  if we looked at another view of this dissection, I bet it    00:24:27
20  would be pretty nasty. I also think if we had drilled    00:24:30
21  this, we'd probably had a better lumen. It would have    00:24:33
22  been easier to stent. Advance. Yeah.    00:24:36
23          This is the Predator, right? Great. We'll    00:24:42
24  switch it out right away, Jerry. Watch for the XS.    00:24:46

4 (Pages 10 to 13)

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                                                    Reel 2.1 of 2 EGPV000068

Page 14

1  Yeah. It's okay. It doesn't need one. It might get in  00:24:55
2  the way.  Okay. And coming back. You pull it and you  00:25:06
3  take care of it. All the way back to the guide. Yeah.  00:25:31
4  Good. Test shot. That's fine. All right, Jerry, hook  00:25:39
5  it up.                                00:25:43
6            Okay. We are going to try dilating this one  00:25:48
7  more time aggressively, and then we may have to -- the  00:25:51
8  other thing that's got to go bigger, balloon, 3.5. Take  00:25:55
9  it up, 2, 4, 6. Yeah, may have to. 8, 10.        00:25:58
10           Start looking for a 3.5 by 20 Predator, by  00:26:08
11  20. We may just have to really aggressively bang that  00:26:12
12  spot to get everything airing out. Right. That just  00:26:17
13  tells you how much recoil there is.            00:26:24
14           This is the right strategy. You don't need  00:26:25
15  to drill this. You balloon it. You stent it. It's  00:26:28
16  going to come out fine. But if you can't deliver the  00:26:30
17  stent, then you should have drilled it. Let me see that  00:26:33
18  chief delivering VPS. Oh, we need a new one. That one is  00:26:39
19  all gummed up. Isn't this an Iron Man we have here?  00:26:44
20  Good. Yeah. All right.                    00:26:49
21           Tell you what, just in terms of cost, let's  00:26:58
22  do this. Let's do this. Give me the Predator. If the  00:27:00
23  Predator works, it's going to be cheaper because then we  00:27:05
24  can use this Crown. So let me have the Predator, 3.5 by  00:27:08

Page 15

1  20 Predator. Opened. Do you have a 20? This strategy  00:27:10
2  has worked where we went back to a bigger balloon and it  00:27:31
3  went just fine. You just have to beat it up. You've to  00:27:35
4  get all the -- 10. He's stable. It helps.        00:27:38
5            Okay. Deflate. Let's take it out. Take it  00:27:56
6  out. Yeah. Good. See it. Picture of it. See if it  00:28:01
7  looks different. Same. Okay.                00:28:36
8            Let us have the 3.5. This is going to work.  00:28:45
9  The risks are obvious. If you beat it up anymore, then  00:28:53
10  you can't stent it. Then you've got a real problem. But  00:28:58
11  we'll get something down here. I'm just trying to save  00:29:03
12  money here. It's against our better judgment.        00:29:06
13  Advancing. Isn't that true every time you try? Right.  00:29:09
14  Okay. Hook it up. Test shot there. I want       00:29:24
15  to stay right there. We don't want to get too far  00:29:30
16  downstream. A little experiment here. Test again to  00:29:34
17  make sure we're okay. All right. Take it up, 2, 4, 6.  00:29:40
18  Yeah, a little belly there. Do you see that? Go to 8.  00:29:48
19  Yep. Same spot where the wire had trouble. Same spot  00:29:52
20  where the balloon had trouble. It's calcified, hard. If  00:29:56
21  you look, it will show these little slide mites just  00:30:03
22  hanging down even though the luminogram looks reasonable. 00:30:08
23           A little gamble here. We are going to try  00:30:13
24  the Crown next, this 22 Crown that's been sitting over  00:30:15

Page 16

1  here. Flush out the central lumen. Good. Okay. So  00:30:17
2  once again, what we have done here is upsized our balloon  00:30:36
3  to get a little better lumen. These bare-stents you have  00:30:40
4  to get big lumen in order to get a lumen not snag. All  00:30:44
5  right. Deflate. Now, take it out as soon as you can.  00:30:48
6  Yeah. Yeah, open. Even though it's a 3.0, there is  00:30:52
7  going to be so much recoil.                00:31:00
8            Okay. So we are expecting quite a bit of  00:31:06
9  recoil even though that's a 3 millimeter Crown. If we  00:31:08
10  can deploy it, we can always upsize it if we think it's  00:31:12
11  necessary. But I think that vessel is really 3.0. The  00:31:15
12  medium might be 3.5, but the lumen is 3.0. good. You're  00:31:18
13  out.                                00:31:24
14           All right. Quick picture. Looks the same.  00:31:26
15  All right. So that was 3.5. We didn't get much out of  00:31:36
16  it, all that recoil. Okay. Advancing.          00:31:40
17           All right. This is the same stent as  00:31:51
18  before. So we didn't burn up another stent. We've just  00:31:52
19  burned up 1 PS, before we start really spending a lot of  00:31:56
20  money here. Spence, deep breath and hold it, real deep.  00:32:01
21  Breathe normally.                       00:32:08
22            It's a little closer, actually. It went a  00:32:10
23  little farther. Test shot. Inject. No. Same place.  00:32:13
24  Same place. No, that's a little dangerous because that  00:32:20

Page 17

1  stent could come right off. Spence, try a few coughs for  00:32:29
2  me. Cough a few times really hard. Good. Again. Okay.  00:32:32
3  Breathe normally. Okay.                    00:32:38
4            Take it back slowly. Make sure it comes  00:32:40
5  back clean. Okay. Good. And that's radiopaque. You  00:32:42
6  can see the stents along there. All right. Let's try  00:32:48
7  the PSS one more time. 3.0. yeah. So because we are  00:32:50
8  having so much snagging, I still want the security of a  00:33:03
9  sheath system before I cave into the other bare-stent.  00:33:06
10  And my next choice would probably be the Microstent.  00:33:12
11           All right. Try the PSS. If that doesn't  00:33:17
12  work, we may just try the Microstent I. What are the  00:33:20
13  lengths on the Microstent? Do you have like an 18 or --  00:33:26
14  you have a 3.0 by 9 and a 3.0 by 30? Okay. We don't  00:33:42
15  have much selection of that. The 30 might be too much.  00:33:50
16  In fact, we can use this measuring stick. That's 22  00:33:57
17  right there. And that's, basically, what we need.  00:34:04
18           Well, Jerry, we could try the 2.15 crowns.  00:34:05
19  The only problem is it's snagging right at the leading  00:34:10
20  edge. So whether it's 15 or 22, it shouldn't matter.  00:34:13
21  This is not flexibility. This is just pure snagging.  00:34:21
22  Okay. Load it.                        00:34:39
23           Now, the other weird thing you could do is  00:34:50
24  drill this even now. Yeah. Oh, yeah, if all else fails,  00:34:53

5 (Pages 14 to 17)

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                    Reel 2.1 of 2 EGPV000068

Page 18

1  you could do that. There is probably a one millimeter   00:34:59
2  lumen there. It looks better now. But that's why this   00:35:02
3  stuff isn't going. So we may have to drill it.   00:35:06
4          Okay. Advancing. In fact, that might be   00:35:12
5  our next choice. Since we don't have all the right   00:35:20
6  AVE's. Spence, take a deep breath, deep breath and hold   00:35:28
7  it. Oh, same thing. That's just jamming right there.   00:35:31
8  That's a tight lesion. Okay. Take it out. Darn.   00:35:34
9  Breathe normally. Well, we did call it. We predicted   00:35:39
10 that was going to be the problem.   00:35:48
11         Okay. Now, thinking hats. We've done the   00:35:50
12 3.5. We can't go to 4.0. That would be ludicrous. So   00:35:51
13 our options are to try a bare AVE. But I'm telling you,   00:35:55
14 with all these snagging, I bet that will snag. I'm   00:35:58
15 thinking of drilling it. I bet there is a core lesion   00:36:01
16 right there that's much worse and has calcified.   00:36:03
17         Okay. Flush that really good. It might   00:36:09
18 need it again. All right. Let's have the balloon.   00:36:11
19 Let's change this out for a Type C. I think that's what   00:36:15
20 we are dealing with. We had several clues. The wire we   00:36:25
21 had trouble passing. The balloon had trouble passing.   00:36:29
22 So I know it's a big chunk there. And we're not doing   00:36:32
23 definitive rotor blade here. We're just trying to smooth   00:36:36
24 it out. 1.75 or maybe even a 2.0. Yeah. Now, there is   00:36:38

Page 19

1  a sizable -- I'll guarantee, if you did ultrasound, you   00:36:42
2  would see a big chunk there.   00:36:46
3          Let's have a Type C and let's put a   00:36:46
4  pacemaker in. Okay. Advancing. Get us a Type C. And   00:36:50
5  get us a pacemaker set up. We'll pace him. Get the   00:37:05
6  Cardizem on board. Who knows what he'll do. Okay.   00:37:10
7  Yeah. Type C. Okay.   00:37:17
8          Well, this is turning out to be very   00:37:20
9  interesting. Dr. Bott, it seems to me your last two   00:37:22
10 cases have been very interesting. In fact, they were   00:37:25
11 carbon copies, late night cursing Dr. Bott. What the   00:37:29
12 heck did Sam do? Careful on that. Don't stretch that   00:37:32
13 ribbon. All right. It looks all right. All right.   00:37:47
14         Okay. Now, size. The Predator doesn't take   00:37:53
15 the Type C very well. I forgot that. Do you remember it   00:38:09
16 drags? There's going to be wear down there. It's not   00:38:13
17 coated. And I forget. This is an old balloon. It   00:38:14
18 doesn't have good coating. So this drags in it. It's   00:38:18
19 not coated, so, one, don't bend the wire. Good. Right   00:38:21
20 there. That's the problem, just very short. It will go   00:38:25
21 It's just a nuisance. I forgot about that. I should   00:38:33
22 have used the transit. That's the right technique.   00:38:38
23         You can start bringing it back. There will   00:38:45
24 be a break point. It will start coming. Okay. Jerry   00:38:48

Page 20

1  will get that pacemaker in. In fact, let me work on   00:38:55
2  this. You get to start working on the pacemaker. Put a   00:38:57
3  pacemaker in, Venus sheath in.   00:39:10
4          Where did you do your fellowship Sam?   00:39:21
5  That's a good program there. Dr. It's got lots of   00:39:24
6  volume there. Nice guys up there. They were going to   00:39:30
7  close but now it's open. Right. That's what I thought.   00:39:32
8  So they are open for business.   00:39:45
9          The pacemaker is in. The minimum, the   00:39:56
10 minimum sheath for whatever. 5. Coming out. Give   00:40:04
11 another thousand of heparin. Yeah. Make it 2000 in   00:41:01
12 fact, 2000. We'll keep an eye on that clock for you.   00:41:15
13 It's what, 9? Okay. That's a very interesting problem.   00:41:37
14 We were dilating like crazy and nothing will go. Right.   00:41:50
15         Well, you know, what we were trying to do   00:41:55
16 was save time and save money. And now here we are, going   00:41:57
17 to spend another couple thousand dollars. Oh, no, just   00:41:59
18 balloon it, the minimalist, the minimalist   00:42:03
19 interventionalist. So but, you know, sometimes that   00:42:06
20 strategy works. Good. Now we've got the cost really   00:42:09
21 going up. Got the pacemaker, got multiple burs, now   00:42:16
22 wires, burned up two stents, now are going to get   00:42:20
23 trashed.   00:42:23
24         Another funny thing about our business now   00:42:26

Page 21

1  is this perseverance because you know darn well if you   00:42:28
2  get it there, it's going to look great. It will be   00:42:32
3  perfect. And he will do very well.   00:42:35
4          His pressure is down a little bit. I think   00:42:40
5  it's the guide being stuffed a little bit. So I think   00:42:41
6  it's okay. See if that pacemaker opened. He will feel   00:42:45
7  better. Uh-huh. That's hanging up on something there.   00:42:49
8  Take a deep breath, Spence.   00:43:36
9          Now, I don't like that. You've got some   00:43:39
10 PVC's there so. It's trying. PVC's. It's not going to   00:43:46
11 be stable there. Well, loop it up in the atrium. It's   00:44:13
12 okay. Pretend like it's a pulmonary. That's probably   00:44:43
13 coronary sinus there. I don't like that. Watch that.   00:44:48
14 Just try a quiet place. We'll test it. It's not great.   00:45:09
15 He may not even need it, so. Okay.   00:45:16
16         Do you do some EP also on pacemakers and all   00:45:36
17 that? Yeah, that's the guide. Just disengage the guide   00:45:40
18 to test it without losing the wire. Yeah. There it   00:45:44
19 goes. There you go. Okay. Yeah, just stuffed against.   00:46:00
20 Okay. Test the pacemaker. Put it at the   00:46:05
21 rate of about 110. That's fine. That's fine. Okay.   00:46:09
22 Turn it off. That's fine. Okay. Let's cover that up.   00:46:12
23 Towel.   00:46:17
24         All right. Let's go. Let's do a 1.75.   00:46:18

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                                                Reel 2.1 of 2 EGPV000068

Page 22

1   Let's be conservative. I'll know by how much resistance  00:46:23
2   that's passing there. Yeah. The whole idea is it's     00:46:34
3   cheaper. But they charge so much for it that it really  00:46:53
4   doesn't save anything. It's hard. It's not that easy to  00:46:56
5   do.                                   00:47:32
6          Flush, flush. Straighten it out.          00:47:48
7   Straighten it out, please. Okay. Ready to test. Wire    00:48:08
8   clip. Where did that come from? 150. Good. Okay. Go  00:48:18
9   anytime. Yeah. That hasn't changed. Just learned how   00:48:43
10  to deal without damaging the wire a little better.       00:48:59
11  Hundred and hundreds of cases now. So just a little more  00:49:02
12  jitterbug action usually gets it down there. Okay.       00:49:05
13         Now, if there is no resistance, we will have  00:49:17
14  to go right up to a 2.15. Okay. Ready? Wire clips on?  00:49:20
15  Pacemaker's ready? Not much. Pull it back a little.      00:49:23
16  I'm too far in. Just pull. One more time. Okay. A       00:49:29
17  little bit, two to one. Pacer. Good. Take the rate       00:49:43
18  down slowly. He should come out of that pretty quick.    00:49:51
19  Good. There we go. Okay. Lull coming out.            00:50:00
20         All right. Because I don't want to waste a     00:50:17
21  step, let's go right to 2.0 bur. I don't want to have to  00:50:19
22  go through a balloon and a multiple -- let's just do it   00:50:27
23  now. Let me see it. It might be a 2.15. Let me see how  00:50:32
24  big it is. Yeah, let's have a 2.15, the Philmonte         00:50:39

Page 23

1   (phonetic). Yeah. I use the old Phil. So I don't know.  00:50:55
2   Actually, that looks better. Doesn't it? Yeah. Well,    00:51:03
3   we will do this and we will put the 3.5 balloon Nexcelby  00:51:15
4   (phonetic). And then we'll try the current. It will be   00:51:20
5   all right. It's never easy.                     00:51:24
6          Actually, we had an easy one the other day.  00:51:31
7   Didn't we? We had -- it was memorable. Mr. Murdock, Ed  00:51:34
8   Murdock, he had about a 25 millimeter lesion graft and we  00:51:43
9   put a 30 millimeter Crown. It took like seven minutes.  00:51:45
10  LD, what are you doing?                      00:51:49
11         I read a great editorial this week in the     00:52:10
12  circulation once again saying we are stenting too much.  00:52:12
13  Provisional stenting only. Well, that's my new slide now  00:52:19
14  is provisional Reel Pro, only when you need it.        00:52:28
15         It's banging on something. There we go.      00:52:45
16  That's banging on everything in there. We're going to   00:53:02
17  move it around. He can take it out and move it around a  00:53:16
18  little bit. He's probably just trapped. It was trapped  00:53:19
19  in there. It's okay. Here we go. Go. Two more 5's.  00:53:35
20  Stop and go, tap, tap. Good. Okay. Size, go and go.  00:54:05
21  It's big. Wire clip. Good. Flow. Too much tension.     00:54:18
22  Pull it back. Good. One more. Wire clips on. That     00:54:28
23  sounds horrible; doesn't it? Pacer. Let me unplug it.    00:54:35
24  Flow, flow. Loosen it up. Pull it out. Pull it out.     00:54:47

Page 24

1   Pull it out. Pull. All right. Good. There's a little     00:54:50
2   flow down there.                           00:54:52
3          Okay. Slow the rate down. Slow the rate     00:54:55
4   down. That's going to be good. Yeah. Okay. That's      00:54:57
5   just right. Lucent coming out. Here we go. Okay. 3.5   00:55:10
6   balloon and then a Crown and hopefully that will -- what  00:55:29
7   does that mean? I don't follow. You mean turn it on?   00:55:33
8   Yeah, we do it here before it goes in. We don't do it    00:55:48
9   inside there. Yeah.                          00:55:52
10         Okay, let's have -- right. Yeah, use the     00:55:53
11  transit. Then use the Predator. Use the transit. Then   00:55:59
12  on the XS, get a picture. All right. Good. Pacemaker   00:56:02
13  can come back. Turn the pacemaker off. Put in the IVC  00:56:17
14  in case we need it. I don't think we will. Great.       00:56:24
15         Bookbinders' first rotor blade that he did    00:56:27
16  here, he did a wild case. It took forever and sent the    00:56:29
17  guy upstairs and the guy arrested. And he had          00:56:35
18  (inaudible), not from the rotor blade but from the RB    00:56:37
19  Pacer. And the guy fibrillated on the table and they     00:56:46
20  shocked him with the RB Pacer in it and it shocked him.  00:56:46
21  Ever since then, take it out. Yeah. I heard about it    00:56:47
22  but I had never seen it.                       00:56:57
23         We are getting there folks. We are getting   00:57:00
24  there. Now that we've got a transit, we are going to     00:57:01

Page 25

1   switch this wire out for an XS and we'll do our sequence  00:57:06
2   again of ballooning. Can we have the pedals? Get rid of  00:57:13
3   that orange one. Yeah, Iron Man is fine. Okay. Go.    00:57:15
4   Good. Iron Man.                            00:57:42
5          Okay. Sam can't say we didn't try          00:57:45
6   everything. We are going to try everything for you here.  00:57:49
7   Loose. Coming out. All right. Try the 3.5 balloon. We  00:57:59
8   are going to do the Philmonte here, the 3.5 and the Crown  00:58:03
9   is going to go right in. Balloon. This is a very weird   00:58:08
10  case, very weird. You can do the balloon part. Yeah.    00:58:22
11  Well, it's a good lesson. It's great for taping, too.    00:58:29
12  We will be able to teach a lot with this one.           00:58:32
13         He's a perfect patient for this, too. He's    00:58:34
14  so funny when I talked to him yesterday. He's so         00:58:37
15  entertaining. He was so eager to talk. I could hardly   00:58:40
16  get anything in. He was talking about his fishing and    00:58:44
17  camping.                                  00:58:47
18         It looks better. It's amazing what we do to   00:58:58
19  coronaries and some of these hearts. I just reviewed     00:59:10
20  this tape that John Abley made from September ago. We   00:59:17
21  all gathered in Switzerland for the 20-year anniversary   00:59:17
22  and tribute to Andreas Gruentzig. It's his first case.   00:59:24
23  And he sort of memorialized the whole thing by having a   00:59:26
24  nice tape of made of interviewing all us about the early   00:59:29

7 (Pages 22 to 25)

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998                                                          Reel 2.1 of 2 EGPV000068

Page 26

1   days of angioplasty.                    00:59:33
2         It was fun because they had tapes of         00:59:36
3   Gruentzig in the early days, 1981.  That first course      00:59:37
4   that he did, I was there.  And I remember.  It was so       00:59:38
5   funny because -- go ahead.  Take it up, 2, 4, 6.  When     00:59:42
6   you just do this, people in the audience would see NVFT's  00:59:48
7   go up and they start yelling, take the balloon down.        00:59:53
8   Take it down.  It's really funny.  It's like scary, you     00:59:58
9   know.  Invariably, two or three people would end up with   01:00:00
10  surgery.  Horrible.  Horrible.  The guides worked          01:00:07
11  terrible.                              01:00:11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 27

State of Delaware    )
                     )
County of New Castle )


        C E R T I F I C A T E


        I, Anne L. Adams, Registered Professional
Reporter and Notary Public, do hereby certify that the
foregoing record from DVD, in its entirety, is a
transcript of my stenographic notes.
        IN WITNESS WHEREOF, I have hereunto set my hand
and seal this 3rd day of March, 2005, at Wilmington.


        Anne L. Adams
        Certification No. 105-RPR
        (Expires January 31, 2008)

Wilcox & Fetzer, Ltd.              Registered Professional Reporters              (302)655-0477

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998

Reel 2.1 of 2 EGPV000068

**A**

able 7:5 25:12
Abley 25:20
acting 3:17
action 22:12
Adams 27:6,12
Advance 10:15 13:22
Advancing 4:15 5:7 10:9
  11:17 15:13 16:16 18:4
  19:4
advantage 7:3 11:1,9
aggressive 6:13 8:9
aggressively 7:22 14:7
  14:11
ago 25:20
ahead 5:9 8:5 26:5
airing 14:12
alternative 10:23
amazing 25:18
Andreas 25:22
angina 2:3
angiogram 2:4
angioplasty 26:1
Anne 27:6,12
anniversary 25:21
anomalus 2:6
anymore 15:9
anytime 22:9
approach 2:8
arrested 24:17
atrial 3:18
atrium 21:11
attack 2:9
audience 26:6
AVE 8:12 18:13
AVE's 18:6

**B**

back 5:14,22 8:5,6 11:24
  12:2,3 14:2,3 15:2 17:4
  17:5 19:23 22:15 23:22
  24:13
backs 6:1
backup 3:2
bad 9:2
balloon 4:3 5:10 7:3,22
  8:9,16 14:8,15 15:2,20
  16:2 18:18,21 19:17
  20:18 22:22 23:3 24:6
  25:7,9,10 26:7
ballooning 25:2
bang 14:11
banging 23:15,16
Bardberry 1:1
bare 18:13
bare-stent 6:15 11:14

17:9
bare-stenting 6:7
bare-stents 5:16 6:11
  13:8 16:3
basically 9:9 11:8 17:17
bath 8:22
beat 15:3,9
belly 15:18
bend 4:20,21 5:1 6:22 13:9
  19:19
benefits 6:7
best 6:13
bet 13:18,19 18:14,15
better 4:5 6:10 9:8 10:9
  10:13 13:21 15:12 16:3
  18:2 21:7 22:10 23:2
  25:18
big 5:1 13:6 16:4 18:22
  19:2 22:24 23:21
bigger 4:20,21 7:22 13:9
  14:8 15:2
bit 3:1,11,22 6:19,22 8:18
  16:8 21:4,5 22:17 23:18
blade 3:24 18:23 24:15,18
Bloody 5:13
blown 8:7
board 19:6
Bookbinders 24:15
Bott 2:3 6:6 19:9,11
Boyd 1:1
Brad 4:5
branch 12:9
break 5:10 19:24
breath 3:16,20 7:11,12,13
  8:4 10:8,16 11:18 16:20
  18:6,6 21:8
Breathe 3:21 7:14 10:16
  11:19 16:21 17:3 18:9
bringing 19:23
buckles 3:1
bumps 5:17
bur 22:21
burn 16:18
burned 16:19 20:22
burs 20:21
business 20:8,24

**C**

C 18:19 19:3,4,7,15 27:4,4
Cable 13:13
calcified 2:13 15:20 18:16
calcium 7:16 9:11 13:6,17
  13:17
call 18:9
camping 25:17
carbon 19:11
Cardizem 19:6

care 11:10 14:3
careful 13:8 19:12
case 6:14 9:14 24:14,16
  25:10,22
cases 19:10 22:11
Castle 27:2
catheter 2:19
cave 17:9
central 16:1
Certification 27:12
certify 27:7
chance 10:12
change 18:19
changed 22:9
charge 22:3
cheaper 14:23 22:3
check 6:19
chief 14:18
choice 17:10 18:5
choices 7:21 8:13
chunk 18:22 19:2
circulation 23:12
circumflex 2:6
classic 2:3
clean 17:5
clip 22:8 23:21
clips 22:14 23:22
clock 20:12
close 4:13 20:7
closer 16:22
closes 12:22
clues 18:20
coated 3:6 19:17,19
coating 19:18
cobblestone 10:3
column 3:3
come 5:14 7:18 12:4,12
  14:16 17:1 22:8,18
  24:13
comes 2:6 5:16 9:18 11:10
  12:1 17:4
coming 6:13 9:21,21 12:7
  14:2 19:24 20:10 22:19
  24:5 25:7
competitive 11:7
completely 12:9,13,14
conservative 22:1
converted 6:4
copies 19:11
cord 7:19
Cordis 2:17,19 6:3 9:14
core 18:15
coronaries 10:22 25:19
coronary 2:5,7,10 5:2
  21:13
cost 14:21 20:20
Cough 17:2

coughs 17:1
County 27:2
couple 20:17
course 7:7 26:3
cover 21:22
crazy 20:14
Crown 6:8,17,18 8:21
  13:4 14:24 15:24,24
  16:9 23:9 24:6 25:8
crowns 7:10 10:24 17:18
current 23:4
cursing 19:11
curve 6:23
Cynie 3:19 5:14 7:19

**D**

damaging 22:10
dangerous 16:24
darn 5:12 6:21 18:8 21:1
day 23:6 27:9
days 26:1,3
deal 22:10
dealing 18:20
deep 3:16,17 7:11,12 8:4
  10:8,16 11:18 16:20,20
  18:6,6 21:8
definitive 18:23
deflate 6:3 10:5 15:5 16:5
Delaware 27:1
deliver 7:2 14:16
deliverability 7:1
delivering 14:18
deploy 16:10
despite 2:12
devices 11:7
diagnostic 2:4
different 7:23 8:10 13:12
  15:7
difficulty 2:11 3:23
dilatation 13:14
dilate 7:21 13:4
dilating 14:6 20:14
disconnect 5:11
disengage 21:17
dissection 13:19
doing 18:22 23:10
dollars 20:17
downstream 15:16
Dr 1:1 2:1,3 6:6 19:9,11
drags 19:16,18
drill 4:4,11 14:15 17:24
  18:3
drilled 13:20 14:17
drilling 18:15
DVD 27:7

**E**

E 27:4,4
eager 25:15
early 25:24 26:3
easier 13:22
easily 11:18
easy 7:18 22:4 23:5,6
ECT 9:21
Ed 23:7
edge 17:20
editorial 23:11
effort 6:14
EGPV000068 1:2
elema 2:18
embolization 6:15
embolized 7:2
embolizes 7:2
embolizing 8:1
embolalolic 10:22
entertaining 25:15
entirety 27:7
EP 21:16
equivalent 11:8
especially 11:7
exactly 8:22
expecting 16:8
experiment 15:16
Expires 27:13
extra 13:14
eye 20:12

**F**

F 27:4
fact 17:16 18:4 19:10 20:1
  20:12
fail 2:21
fails 17:24
far 12:4 15:15 22:16
farther 3:22 16:23
fast 8:20
feel 21:6
feels 6:21 9:10
fellowship 20:4
fibrillated 24:19
fibrillation 3:18
fine 5:3 7:24 12:18,18,23
  13:15 14:4,16 15:3
  21:21,21,22 25:3
fingers 9:10
first 2:10,18 12:21,24
  24:15 25:22 26:5
fishing 10:21 25:16
flexibility 6:24 8:3 17:21
flexible 7:1
flow 23:21,24,24 24:2
flush 16:1 18:17 22:6,6
flushed 9:18 12:13
folks 24:23

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998

follow 24:7
foot 4:23
force 5:22
foregoing 27:7
forever 24:16
forget 19:17
forgot 19:15,21
found 2:4
French 2:19
fun 26:2
funny 20:24 25:14 26:5,8

**G**

gamble 15:23
Gary 1:1
gathered 25:21
gentleman 2:2
getting 2:11 4:3,14 7:5
  24:23,23
GFX 8:13 9:21
give 3:2 12:6 14:22 20:10
go 2:14 3:1,2,9 4:1,10,24
  5:2,9 7:22,23 8:5 9:5,6,6
  9:13,15,19 10:6,9,15,17
  11:12,12,14,17 12:2
  13:3,15,18 14:8 15:18
  18:12 19:20 20:14 21:19
  21:24 22:8,14,19,21,22
  23:15,19,19,20,20,20
  24:5 25:3,9 26:7,8
goes 4:12 21:19 24:8
going 2:9,14 4:11 5:21 6:7
  7:11,24 8:4,6 9:7 10:11
  10:23 11:16,16 14:6,16
  14:23 15:8,23 16:7 18:3
  18:10 19:16 20:6,16,21
  20:22 21:2,3 23:16
  24:4,24 25:6,8,9
good 2:20 3:6,12,13 4:23
  5:7 6:5,21 8:13 9:5,6
  10:3,7,17 11:4,5 12:2
  14:4,20 15:6 16:1,12
  17:2,5 18:17 19:18,19
  20:5,5,20 22:8,17,19
  23:20,21,22 24:1,4,12
  25:4,11
Gosh 5:12
grab 9:12
graft 23:8
graphics 2:11
great 13:23 21:2,14 23:11
  24:14 25:11
Gruentzig 25:22 26:3
guarantee 9:12 19:1
guide 2:12 3:6,12,12 5:23
  5:24 7:18 8:5 10:20 14:3
  21:5,17,17

guides 26:10
guiding 2:18
gummed 14:19
guy 24:17,17,19
guys 4:14 20:6

**H**

hand 27:9
hands 4:17
hanging 15:22 21:7
happen 6:15 11:23
happened 8:23 11:21,21
happening 3:11
happens 3:3
hard 4:18 7:24 9:6 11:14
  15:20 17:2 22:4
hats 18:11
heard 24:21
hearts 25:19
heck 19:12
hell 5:13
helps 15:4
heparin 20:11
hereunto 27:9
he'll 19:6
high 7:3
hold 3:20 7:12,13 9:7 10:8
  12:1,4,10 16:20 18:6
holes 2:18
hook 14:4 15:14
hopefully 9:8 24:6
horrible 23:23 26:10,10
huge 11:9
Hundred 22:11
hundreds 22:11

**I**

idea 22:2
II 8:13
inaudible 24:18
inflation 8:20 9:20
Inject 3:21 7:19 16:23
inside 7:17 12:13 24:9
insurance 12:7
interesting 11:19 12:8
  19:9,10 20:13
interestingly 7:15
interventionalist 20:19
interviewing 25:24
Invariably 26:9
Iron 13:12,13 14:19 25:3
  25:4
issue 6:24
IVC 24:13

**J**

jammed 12:9,13,14

jamming 18:7
January 27:13
Jerry 4:15 5:9 13:24 14:4
  17:18 19:24
jitterbug 22:12
John 25:20
judgment 15:12
jump 4:13

**K**

keep 5:12 8:21 20:12
kind 11:6
know 4:10 9:4 10:13
  11:16 18:22 20:15,19
  21:1 22:1 23:1 26:9
knows 19:6

**L**

L 27:6,12
large 12:16 19:11
LD 23:10
leading 17:20
learned 22:9
leave 12:19
LED 2:6
left 4:23
length 5:19 9:21
lengths 17:13
lesion 2:5,5 4:2 7:16 18:8
  18:15 23:8
lesson 25:11
let's 3:8,9,14 4:8,19 5:4
  10:5,8,9,18 11:13,24
  12:10,20 13:12,12,13
  14:21,22 15:5 17:6
  18:18,19 19:3,3 21:22
  21:24,24 22:1,21,22,24
  24:10
little 2:19 3:1,3,11,19,22
  4:20,21 5:17 6:10,12,19
  6:20,22 7:12 8:8,18 9:8
  9:11 10:9,13 13:5,7
  15:16,18,21,23 16:3,22
  16:23,24 21:4,5 22:10
  22:11,15,17 23:18 24:1
load 11:6 17:22
long 8:20 9:19
longer 7:22
look 6:5 10:4 11:20 12:14
  12:19 15:21 21:2
looked 13:19
looking 14:10
looks 6:10 9:4 10:3,13
  15:7,22 16:14 18:2
  19:13,22 23:18
loop 21:11
loose 6:13,21 12:7,11 25:7

Loosen 23:24
Lori 9:17
lose 12:17,21
losing 3:11 21:18
lot 2:13 3:7 6:11 16:19
  25:12
lots 20:5
low 6:19
lubricity 2:24
Lucent 24:5
ludicrous 18:12
Lull 22:19
lumen 13:21 16:1,3,4,4,12
  18:2
luminogram 15:22

**M**

Man 13:12,13 14:19 25:3
  25:4
March 27:9
markers 7:11
matter 9:23 17:20
mean 13:4 24:7,7
measuring 17:16
medium 16:12
memorable 23:7
memorialized 25:23
mention 11:10
Microstent 8:12,13 13:4
  17:10,12,13
Microstents 10:1
mid 2:6
millimeter 6:3,8,18 16:9
  18:1 23:8,9
mind 4:22
Mini 13:3
minimalist 20:18,18
minimum 20:9,10
minute 5:16,20 10:13
minutes 23:9
mites 15:21
modest 2:5
moment 2:9
money 8:8 15:12 16:20
  20:16
move 23:17,17
MultiLink 6:9 8:14
multiple 20:21 22:22
Murdock 23:7,8

**N**

nasty 13:20
necessary 16:11
need 2:24 4:5 13:11 14:1
  14:14,18 17:17 18:18
  21:15 23:14 24:14
nervous 13:7

never 12:15 23:5 24:22
new 2:16 13:1,1,12 14:18
  23:13 27:2
Nexcelby 23:3
nice 3:5,8 6:19 8:19 9:19
  20:6 25:24
nicely 3:6
night 19:11
normally 7:14 10:16
  11:19 16:21 17:3 18:9
Notary 27:7
notes 27:8
Notice 7:17 8:17 11:14
nuisance 19:21
numbers 10:4
NVFT's 26:6

**O**

obvious 15:9
occlusions 2:17
oh 5:12 9:1 11:2,3 14:18
  17:24 18:7 20:17
okay 2:16 3:14 4:2,7,15
  4:16,18,20,21,24 5:3,3,8
  5:14,15 6:2,4,17 7:8,10
  8:4,16 9:1,3,4,6,9,16,21
  10:5,7,8,9,11,15,15,18
  11:13,17,20 12:1,4,5,7
  12:11,19 13:8 14:1,2,6
  15:5,7,14,17 16:1,8,16
  17:2,3,5,14,22 18:4,8,11
  18:17 19:4,6,7,14,24
  20:13 21:6,12,15,19,20
  21:21,22 22:7,8,12,14
  22:16,19 23:19,20 24:3
  24:4,5,10 25:3,5
old 9:13,14 19:17 23:1
once 16:2 23:12
onset 2:2
open 6:7 10:6,6,19 12:17
  16:6 20:7,8
opened 3:10 15:1 21:6
opportunity 5:18 6:12
optimal 11:2
option 8:12 9:2
options 18:13
orange 25:3
order 16:4
ostium 5:19
ought 11:12,17

**P**

pace 19:5
pacemaker 19:4,5 20:1,2
  20:3,9,21 21:6,20 24:12
  24:13
pacemakers 21:16

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998

Reel 2.1 of 2 EGPV000068

Page 30

Pacemaker's 22:15
Pacer 22:17 23:23 24:19 24:20
part 25:10
passing 18:21,21 22:2
patient 2:1 25:13
pedals 25:2
people 26:6,9
perfect 2:12 3:13,14 21:3 25:13
perk 4:13
perseverance 21:1
phenomenal 2:23
Phil 23:1
Philmonte 22:24 25:8
phonetic 2:15,18 3:20 23:1,4
Pick 5:6 9:3
picture 5:16 16:14 24:12
place 16:23,24 21:14
please 12:20 13:1 22:7
plenty 12:6
point 11:1 19:24
poor 8:2
position 2:12 3:6
possible 8:21 9:17 10:6 13:1
potential 6:16
power 3:12
Predator 6:3 13:11,23 14:10,22,23,24 15:1 19:14 24:11
predicted 7:13 18:9
pressure 7:3 21:4
Pretend 21:12
pretty 3:6 4:17 6:21 7:18 9:4,11 10:3 11:4,17 13:20 22:18
pre-dilating 6:11
Pro 23:14
probably 7:16 13:11,21 17:10 18:1 21:12 23:18
problem 6:16 8:3,19 9:12 12:5 13:10 15:10 17:19 18:10 19:20 20:13
Professional 27:6
profile 6:19
program 20:5
provisional 23:13,14
PS 16:19
PSS 7:23 9:13,14 10:19 10:20 11:8,13 13:18 17:7,11
PSS's 10:14
PT 2:11
Public 27:7
pull 14:2 22:15,16 23:22

23:24,24 24:1,1
pulmonary 21:12
pure 8:3 17:21
push 7:24 10:2 12:2
put 3:19 4:19,21 5:5,13,20 7:19 9:1,14 13:9 19:3 20:2 21:20 23:3,9 24:13
PVC's 21:10,10

_____

Q

quick 8:21 10:7 12:20 16:14 22:18
quickly 9:17,19 10:5,10 12:24 13:2
quiet 21:14
quite 3:13 4:11 16:8

_____

R

R 27:4
radiolucency 8:15
radiopaque 8:11 17:5
rate 21:21 22:17 24:3,3
RB 24:18,20
read 23:11
ready 9:18 10:14 22:7,14 22:15
real 3:17 4:2 7:11 8:4,8 11:9,15 12:20 15:10 16:20
really 3:13 5:21 8:1,12,20 11:1 13:14,16 14:11 16:11,19 17:2 18:17 20:20 22:3 26:8
reason 11:15
reasonable 15:22
recoil 10:12 14:13 16:7,9 16:16
recoiled 8:18
record 27:7
Reel 1:1 23:14
Registered 27:6
regular 4:8,12
relatively 2:2
remember 8:23 19:15 26:4
replace 9:17
Reporter 27:7
resistance 22:1,13
retrieve 7:5 8:6
reviewed 25:19
rhythm 6:2
ribbon 19:13
ribs 5:17
rid 25:2
right 2:3,5,6,9,21 3:9,15 3:16 4:2 5:2,4,7 6:4,18 7:13,14,15,20 8:7,17,22

9:5,7,13,16,24 10:7,14 10:19,19 11:3,12,24 12:3,6,9,16,18 13:23,24 14:4,12,14,20 15:13,15 15:17 16:5,14,15,17 17:1,6,11,17,19 18:5,7 18:16,18 19:13,13,13,19 19:22 20:7,14 21:24 22:14,20,21 23:5 24:1,5 24:10,12 25:7,9
risk 6:8 8:1 10:18
risks 6:7 15:9
rotation 3:5
rotor 3:24 18:23 24:15,18
run 5:4,5 9:10,10

_____

S

safely 10:21
Sam 19:12 20:4 25:5
save 8:8 15:11 20:16,16 22:4
saw 10:4 11:4
saying 23:12
scary 26:8
Schatz 1:1 2:1
seal 27:9
second 5:10 9:18
secret 2:14
section 7:20
security 17:8
see 2:8 3:3,5,8,18,23 5:22 7:4 11:13,22 14:17 15:6 15:6,18 17:6 19:2 21:6 22:23,23 26:6
seen 12:15 24:22
selection 17:15
sent 24:16
September 25:20
sequence 25:1
set 4:14 19:5 27:9
seven 23:9
sheath 11:21,22,22 17:9 20:3,10
shenoby 2:15,16
shocked 24:20,20
shoot 5:12
short 19:20
shot 2:19 5:2 9:3 14:4 15:14 16:23
show 5:20 6:18 15:21
side 2:18 4:22
sinus 6:2,4 21:13
sit 9:20
sitting 15:24
situation 6:1
sizable 19:1
size 19:14 23:20

slid 11:22
slide 15:21 23:13
slides 11:6
Slow 7:18 24:3,3
slowly 17:4 22:18
slug 13:6
smooth 9:9,11 18:23
snag 5:18,18 9:2 16:4 18:14
snagging 6:8,12,14 7:12 7:14,15 8:2,3,17 11:18 13:2 17:8,19,21 18:14
snags 5:20,21 6:20 7:2,4
soon 4:12 16:5
sort 11:10 25:23
sounds 23:23
speed 5:17 13:2
Spence 3:17 7:11 8:4 10:9 10:15 11:18 16:20 17:1 18:6 21:8
Spencie 1:1
spend 20:17
spending 16:19
spot 14:12 15:19,19
squirrel 4:17
Stabilize 12:24
stabilizer 2:10 4:9,12,19 4:20 5:6,8 7:9 12:20,23 13:1
stable 15:4 21:11
start 3:24 4:14 14:10 16:19 19:23,24 20:2 26:7
State 27:1
stay 5:1 15:15
stays 8:22
stenographic 27:8
stent 7:2,17,23 8:10,20 9:15 10:12 12:1,17,17 13:22 14:5,17 15:10 16:17,18 17:1
stenting 11:3 23:12,13
stents 5:16 6:9,16 10:22 17:6 20:22
step 22:21
stick 17:16
stickles 9:11
stiff 3:5
stiffness 2:23
stop 5:7,21 23:20
Straighten 22:6,7
straightens 7:10
strange 13:2
strategy 14:14 15:1 20:20
strength 3:3
stretch 19:12
struggle 11:15

Stuck 12:15
stuff 11:6 18:3
stuffed 3:14 21:5,19
sure 4:12 6:20 9:4 11:24 12:10,17 15:17 17:4
surgery 26:10
surprise 7:20
surprised 13:13
suspicious 13:5
switch 4:8,9,21 5:4,7 6:17 8:10 12:5,21 13:24 25:1
Switzerland 25:21
system 12:13 17:9

_____

T

T 27:4,4
table 24:19
take 3:16 5:15 6:5 7:11 8:5,6 9:5 10:8,16,19,20 11:24 12:18 14:3,8 15:5 15:5,17 16:5 17:4 18:6,8 19:14 21:8 22:17 23:17 24:21 26:5,7,8
talk 25:15
talked 25:14
talking 6:6 25:16
talks 11:5
tap 23:20,20
tape 25:20,24
tapes 5:11 26:2
taping 5:13 25:11
teach 25:12
tease 5:22
technique 19:22
Tell 14:21
telling 18:13
tells 14:13
tension 5:5 8:1 23:21
terms 14:21
terrible 26:11
territory 11:11
test 2:19 3:17 4:2,5,16,22 5:2 9:3 13:8,9,9,9 14:4 15:14,16 16:23 21:14,18 21:20 22:7
testing 2:22
thing 2:12 8:24 9:1 10:16 10:21 12:8,12 13:15 14:8 17:23 18:7 20:24 25:23
think 2:13 3:24 4:8 7:23 8:12 10:24 13:18,20 16:10,11 18:19 21:4,5 24:14
thinking 18:11,15
thought 3:7 8:17 11:4 13:14 20:7

Dr . Schatz Boyd Gary & Bradberry Spencie

| | | | | |
|---|---|---|---|---|
| **thousand** 20:11,17 | **vessel** 16:11 | 11:5,11 12:11,15,18,19 | 00:02:55 3:23 | 00:08:12 6:8 |
| **three** 26:9 | **vessel's** 8:18 | 12:21 13:6,10,16,22 | 00:02:57 3:24 | 00:08:15 6:9 |
| **tight** 2:4 4:2 18:8 | **view** 13:19 | 14:1,3,9,20 15:6,18 16:6 | 00:03:01 4:1 | 00:08:19 6:10 |
| **tighter** 2:13 | **volume** 20:6 | 16:6 17:7,24,24 18:24 | 00:03:05 4:2 | 00:08:23 6:11 |
| **time** 8:9 12:24 13:5 14:7 | **VPS** 14:18 | 19:7 20:11 21:17,18,19 | 00:03:11 4:3 | 00:08:26 6:12 |
| 15:13 17:7 20:16 22:16 | | 22:2,9,24 23:1,2 24:4,8 | 00:03:20 4:4 | 00:08:26 6:13 |
| **times** 17:2 | **W** | 24:9,10,21 25:3,10 | 00:03:24 4:5 | 00:08:32 6:14 |
| **tip** 3:5 | **want** 3:1 4:24 5:24 6:11 | **yelling** 26:7 | 00:03:31 4:6 | 00:08:35 6:15 |
| **told** 8:23 | 7:18 8:1,11 9:9,16,17 | **Yep** 15:19 | 00:03:32 4:7 | 00:08:38 6:16 |
| **toot** 10:7 | 10:1,17,21 11:2 12:12 | **yesterday** 8:23 25:14 | 00:03:38 4:8 | 00:08:41 6:17 |
| **torque** 2:24 4:6 | 15:14,15 17:8 22:20,21 | | 00:03:45 4:9 | 00:08:50 6:18 |
| **Torquer** 13:8 | **wanted** 12:6 | **0** | 00:03:48 4:10 | 00:08:58 6:19 |
| **total** 2:17 3:17 | **warp** 13:2 | 00:00:00 2:1 | 00:03:51 4:11 | 00:09:02 6:20 |
| **totals** 2:24 | **waste** 22:20 | 00:00:01 2:2 | 00:03:53 4:12 | 00:09:05 6:21 |
| **tougher** 3:7 | **Watch** 13:24 21:13 | 00:00:05 2:3 | 00:03:58 4:13 | 00:09:10 6:22 |
| **Towel** 21:23 | **way** 5:3,6,7 11:23 12:2 | 00:00:08 2:4 | 00:04:01 4:14 | 00:09:12 6:23,24 |
| **transcript** 27:8 | 13:7 14:2,3 | 00:00:14 2:5 | 00:04:10 4:15 | 00:09:14 7:1 |
| **transit** 2:16 3:2,9,9,14 4:7 | **weapon** 2:14 | 00:00:16 2:6 | 00:04:23 4:16 | 00:09:16 7:2 |
| 4:10 19:22 24:11,11,24 | **wear** 19:16 | 00:00:20 2:7 | 00:04:27 4:17 | 00:09:21 7:3 |
| **trapped** 23:18,18 | **week** 23:11 | 00:00:22 2:8 | 00:04:37 4:18 | 00:09:22 7:4 |
| **trashed** 20:23 | **weird** 17:23 25:9,10 | 00:00:24 2:9 | 00:04:38 4:19 | 00:09:27 7:5 |
| **treating** 3:19 | **went** 11:3,4 15:2,3 16:22 | 00:00:27 2:10 | 00:04:42 4:20 | 00:09:29 7:6 |
| **trial** 10:3 | **we'll** 3:1,8 4:9 5:7,14 6:5 | 00:00:30 2:11 | 00:05:12 4:21 | 00:09:30 7:7 |
| **trials** 11:8 | 8:8,19,19 9:19 10:13 | 00:00:32 2:12 | 00:05:24 4:22 | 00:09:32 7:8 |
| **tribute** 25:22 | 13:4,23 15:11 19:5 | 00:00:37 2:13 | 00:05:28 4:23 | 00:09:43 7:9 |
| **trick** 5:23 | 20:12 21:14 23:4 25:1 | 00:00:41 2:14 | 00:05:33 4:24 | 00:09:46 7:10 |
| **tried** 2:10 9:24 | **we're** 5:13 6:7 9:7 10:20 | 00:00:44 2:15 | 00:05:36 5:1 | 00:09:50 7:11 |
| **trouble** 4:3 5:24 7:6 15:19 | 15:17 18:22,23 23:16 | 00:00:47 2:16 | 00:05:41 5:2 | 00:10:04 7:12 |
| 15:20 18:21,21 | **we've** 2:21 16:18 18:11 | 00:00:53 2:17 | 00:06:01 5:3 | 00:10:09 7:13 |
| **true** 15:13 | 20:20 24:24 | 00:00:59 2:18 | 00:06:03 5:4 | 00:10:13 7:14 |
| **try** 6:7,22 8:8,20 10:1,11 | **WHEREOF** 27:9 | 00:01:03 2:19 | 00:06:05 5:5 | 00:10:17 7:15 |
| 10:24 11:14 13:12,13 | **wild** 24:16 | 00:01:09 2:20 | 00:06:08 5:6 | 00:10:19 7:16 |
| 14:6 15:13,23 17:1,6,11 | **Wilmington** 27:9 | 00:01:12 2:21 | 00:06:12 5:7 | 00:10:23 7:17 |
| 17:12,18 18:13 21:14 | **wire** 2:17,23 3:6,8,24 4:6 | 00:01:14 2:22 | 00:06:14 5:8 | 00:10:25 7:18 |
| 23:4 25:5,6,7 | 4:8,15 7:9 8:2 9:19 12:2 | 00:01:18 2:23 | 00:06:19 5:9 | 00:10:28 7:19 |
| **trying** 8:8 15:11 18:23 | 12:2,3,12,14,21,21 | 00:01:21 2:24 | 00:06:22 5:10 | 00:10:35 7:20 |
| 20:15 21:10 | 15:19 18:20 19:19 21:18 | 00:01:24 3:1 | 00:06:25 5:11 | 00:10:37 7:21 |
| **turn** 5:11 21:22 24:7,13 | 22:7,10,14 23:21,22 | 00:01:27 3:2 | 00:06:27 5:12 | 00:10:40 7:22 |
| **turning** 19:8 | 25:1 | 00:01:33 3:3 | 00:06:32 5:13 | 00:10:44 7:23 |
| **two** 2:10,21 7:11 19:9 | **wires** 2:10,21 20:22 | 00:01:36 3:4 | 00:06:35 5:14 | 00:10:45 7:24 |
| 20:22 22:17 23:19 26:9 | **WITNESS** 27:9 | 00:01:41 3:5 | 00:07:02 5:15 | 00:10:48 8:1 |
| **tying** 12:3 | **work** 8:9 10:23 15:8 17:12 | 00:01:44 3:6 | 00:07:15 5:16 | 00:10:51 8:2 |
| **Type** 18:19 19:3,4,7,15 | 20:1 | 00:01:48 3:7 | 00:07:17 5:17 | 00:10:54 8:3 |
| | **worked** 15:2 26:10 | 00:01:57 3:8 | 00:07:21 5:18 | 00:10:59 8:4 |
| **U** | **working** 20:2 | 00:02:00 3:9,10 | 00:07:23 5:19 | 00:11:00 8:5 |
| **Uh-huh** 21:7 | **works** 14:23 20:20 | 00:02:03 3:11 | 00:07:26 5:20 | 00:11:03 8:6 |
| **ultrasound** 19:1 | **worse** 18:16 | 00:02:05 3:12 | 00:07:27 5:21 | 00:11:07 8:7 |
| **unplug** 23:23 | **worst** 6:14 | 00:02:08 3:13 | 00:07:30 5:22 | 00:11:11 8:8 |
| **upsize** 16:10 | **wouldn't** 8:14 | 00:02:12 3:14 | 00:07:33 5:23 | 00:11:13 8:9 |
| **upsized** 16:2 | | 00:02:19 3:15 | 00:07:36 5:24 | 00:11:17 8:10 |
| **upstairs** 24:17 | **X** | 00:02:26 3:16 | 00:07:37 6:1 | 00:11:25 8:11 |
| **use** 5:1 8:14 14:24 17:16 | **XS** 5:6,8 7:9 13:11,24 | 00:02:32 3:17 | 00:07:42 6:2 | 00:11:28 8:12 |
| 23:1 24:10,11,11 | 24:12 25:1 | 00:02:44 3:18 | 00:07:46 6:3 | 00:11:31 8:13 |
| **usually** 22:12 | | 00:02:45 3:19 | 00:07:54 6:4 | 00:11:37 8:14 |
| | **Y** | 00:02:48 3:20 | 00:08:03 6:5 | 00:11:41 8:15 |
| **V** | **yeah** 4:12,16 5:6 6:4,4,10 | 00:02:52 3:21 | 00:08:09 6:6 | 00:11:43 8:16 |
| **Venus** 20:3 | 8:7 9:21 10:6,6 11:3,4,5 | 00:02:54 3:22 | 00:08:10 6:7 | 00:11:48 8:17 |

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998

| | | | | |
|---|---|---|---|---|
| 00:11:51 8:18 | 00:18:27 11:3 | 00:24:00 13:12 | 00:30:03 15:21 | 00:35:28 18:6 |
| 00:11:54 8:19 | 00:18:29 11:4 | 00:24:04 13:13 | 00:30:08 15:22 | 00:35:31 18:7 |
| 00:11:57 8:20 | 00:18:31 11:5 | 00:24:10 13:14 | 00:30:13 15:23 | 00:35:34 18:8 |
| 00:12:01 8:21 | 00:18:39 11:6 | 00:24:14 13:15 | 00:30:15 15:24 | 00:35:39 18:9 |
| 00:12:05 8:22 | 00:18:42 11:7 | 00:24:16 13:16 | 00:30:17 16:1 | 00:35:48 18:10 |
| 00:12:16 8:23 | 00:18:45 11:8 | 00:24:19 13:17 | 00:30:36 16:2 | 00:35:50 18:11 |
| 00:12:19 8:24 | 00:18:49 11:9 | 00:24:23 13:18 | 00:30:40 16:3 | 00:35:51 18:12 |
| 00:12:22 9:1 | 00:18:59 11:10 | 00:24:27 13:19 | 00:30:44 16:4 | 00:35:55 18:13 |
| 00:12:26 9:2 | 00:19:05 11:11 | 00:24:30 13:20 | 00:30:48 16:5 | 00:35:58 18:14 |
| 00:12:33 9:3 | 00:19:21 11:12 | 00:24:33 13:21 | 00:30:52 16:6 | 00:36:01 18:15 |
| 00:12:56 9:4 | 00:19:24 11:13 | 00:24:36 13:22 | 00:31:00 16:7 | 00:36:03 18:16 |
| 00:13:03 9:5 | 00:19:30 11:14 | 00:24:42 13:23 | 00:31:06 16:8 | 00:36:09 18:17 |
| 00:13:09 9:6 | 00:19:33 11:15 | 00:24:46 13:24 | 00:31:08 16:9 | 00:36:11 18:18 |
| 00:13:14 9:7 | 00:19:36 11:16 | 00:24:55 14:1 | 00:31:12 16:10 | 00:36:15 18:19 |
| 00:13:16 9:8 | 00:19:39 11:17 | 00:25:06 14:2 | 00:31:15 16:11 | 00:36:25 18:20 |
| 00:13:34 9:9 | 00:19:41 11:18 | 00:25:31 14:3 | 00:31:18 16:12 | 00:36:29 18:21 |
| 00:13:37 9:10 | 00:19:59 11:19 | 00:25:39 14:4 | 00:31:24 16:13 | 00:36:32 18:22 |
| 00:13:41 9:11 | 00:20:07 11:20 | 00:25:43 14:5 | 00:31:26 16:14 | 00:36:36 18:23 |
| 00:13:47 9:12 | 00:20:09 11:21 | 00:25:48 14:6 | 00:31:36 16:15 | 00:36:38 18:24 |
| 00:13:50 9:13 | 00:20:13 11:22 | 00:25:51 14:7 | 00:31:40 16:16 | 00:36:42 19:1 |
| 00:14:00 9:14 | 00:20:17 11:23 | 00:25:55 14:8 | 00:31:51 16:17 | 00:36:46 19:2 |
| 00:14:03 9:15 | 00:20:21 11:24 | 00:25:58 14:9 | 00:31:52 16:18 | 00:36:48 19:3 |
| 00:14:22 9:16 | 00:20:22 12:1 | 00:26:08 14:10 | 00:31:56 16:19 | 00:36:50 19:4 |
| 00:14:25 9:17 | 00:20:25 12:2 | 00:26:12 14:11 | 00:32:01 16:20 | 00:37:05 19:5 |
| 00:14:27 9:18 | 00:20:31 12:3 | 00:26:17 14:12 | 00:32:08 16:21 | 00:37:10 19:6 |
| 00:14:30 9:19 | 00:20:47 12:4 | 00:26:24 14:13 | 00:32:10 16:22 | 00:37:17 19:7 |
| 00:14:34 9:20 | 00:20:55 12:5 | 00:26:25 14:14 | 00:32:13 16:23 | 00:37:20 19:8 |
| 00:14:56 9:21 | 00:21:00 12:6 | 00:26:28 14:15 | 00:32:20 16:24 | 00:37:22 19:9 |
| 00:15:17 9:22 | 00:21:04 12:7 | 00:26:30 14:16 | 00:32:29 `17:1 | 00:37:25 19:10 |
| 00:15:24 9:23 | 00:21:10 12:8 | 00:26:33 14:17 | 00:32:32 17:2 | 00:37:28 19:11 |
| 00:15:27 9:24 | 00:21:11 12:9 | 00:26:39 14:18 | 00:32:38 17:3 | 00:37:32 19:12 |
| 00:15:35 10:1 | 00:21:24 12:10 | 00:26:44 14:19 | 00:32:40 17:4 | 00:37:47 19:13 |
| 00:15:40 10:2 | 00:21:29 12:11 | 00:26:49 14:20 | 00:32:42 17:5 | 00:37:53 19:14 |
| 00:15:42 10:3 | 00:21:34 12:12 | 00:26:58 14:21 | 00:32:48 17:6 | 00:38:09 19:15 |
| 00:15:47 10:4 | 00:21:37 12:13 | 00:27:00 14:22 | 00:32:50 17:7 | 00:38:13 19:16 |
| 00:15:53 10:5 | 00:21:40 12:14 | 00:27:05 14:23 | 00:33:03 17:8 | 00:38:14 19:17 |
| 00:16:02 10:6 | 00:21:45 12:15 | 00:27:08 14:24 | 00:33:06 17:9 | 00:38:18 19:18 |
| 00:16:32 10:7 | 00:21:50 12:16 | 00:27:10 15:1 | 00:33:12 17:10 | 00:38:21 19:19 |
| 00:16:40 10:8 | 00:21:55 12:17 | 00:27:31 15:2 | 00:33:17 17:11 | 00:38:25 19:20 |
| 00:16:44 10:9 | 00:22:01 12:18 | 00:27:35 15:3 | 00:33:20 17:12 | 00:38:33 19:21 |
| 00:16:48 10:10 | 00:22:07 12:19 | 00:27:38 15:4 | 00:33:26 17:13 | 00:38:38 19:22 |
| 00:16:49 10:11 | 00:22:11 12:20 | 00:27:56 15:5 | 00:33:42 17:14 | 00:38:45 19:23 |
| 00:16:50 10:12 | 00:22:16 12:21 | 00:28:01 15:6 | 00:33:50 17:15 | 00:38:48 19:24 |
| 00:16:54 10:13 | 00:22:20 12:22 | 00:28:36 15:7 | 00:33:57 17:16 | 00:38:55 20:1 |
| 00:16:59 10:14 | 00:22:23 12:23 | 00:28:45 15:8 | 00:34:04 17:17 | 00:38:57 20:2 |
| 00:17:06 10:15 | 00:22:25 12:24 | 00:28:53 15:9 | 00:34:05 17:18 | 00:39:10 20:3 |
| 00:17:27 10:16 | 00:22:33 13:1 | 00:28:58 15:10 | 00:34:10 17:19 | 00:39:21 20:4 |
| 00:17:35 10:17 | 00:22:40 13:2 | 00:29:03 15:11 | 00:34:13 17:20 | 00:39:24 20:5 |
| 00:17:38 10:18 | 00:22:52 13:3 | 00:29:06 15:12 | 00:34:21 17:21 | 00:39:30 20:6 |
| 00:17:42 10:19 | 00:22:59 13:4 | 00:29:09 15:13 | 00:34:39 17:22 | 00:39:32 20:7 |
| 00:17:46 10:20 | 00:23:04 13:5 | 00:29:24 15:14 | 00:34:50 17:23 | 00:39:45 20:8 |
| 00:17:50 10:21 | 00:23:13 13:6 | 00:29:30 15:15 | 00:34:53 17:24 | 00:39:56 20:9 |
| 00:17:54 10:22 | 00:23:19 13:7 | 00:29:34 15:16 | 00:34:59 18:1 | 00:40:04 20:10 |
| 00:17:55 10:23 | 00:23:23 13:8 | 00:29:40 15:17 | 00:35:02 18:2 | 00:41:01 20:11 |
| 00:17:59 10:24 | 00:23:43 13:9 | 00:29:48 15:18 | 00:35:06 18:3 | 00:41:15 20:12 |
| 00:18:07 11:1 | 00:23:47 13:10 | 00:29:52 15:19 | 00:35:12 18:4 | 00:41:37 20:13 |
| 00:18:17 11:2 | 00:23:56 13:11 | 00:29:56 15:20 | 00:35:20 18:5 | 00:41:50 20:14 |

Dr . Schatz Boyd Gary & Bradberry Spencie

April 15, 1998

Reel 2.1 of 2 EGPV000068

| | | | |
|---|---|---|---|
| 00:41:55 20:15 | 00:50:39 22:24 | 00:58:22 25:10 | **3** 6:2 16:9 |
| 00:41:57 20:16 | 00:50:55 23:1 | 00:58:29 25:11 | **3rd** 27:9 |
| 00:41:59 20:17 | 00:51:03 23:2 | 00:58:32 25:12 | **3.0** 10:14 16:6,11,12 17:7 |
| 00:42:03 20:18 | 00:51:15 23:3 | 00:58:34 25:13 | 17:14,14 |
| 00:42:06 20:19 | 00:51:20 23:4 | 00:58:37 25:14 | **3.5** 9:22 14:8,10,24 15:8 |
| 00:42:09 20:20 | 00:51:24 23:5 | 00:58:40 25:15 | 16:12,15 18:12 23:3 |
| 00:42:16 20:21 | 00:51:31 23:6 | 00:58:44 25:16 | 24:5 25:7,8 |
| 00:42:20 20:22 | 00:51:34 23:7 | 00:58:47 25:17 | **30** 6:3 17:14,15 23:9 |
| 00:42:23 20:23 | 00:51:43 23:8 | 00:58:58 25:18 | **31** 27:13 |
| 00:42:26 20:24 | 00:51:45 23:9 | 00:59:10 25:19 | |
| 00:42:28 21:1 | 00:51:49 23:10 | 00:59:13 25:20 | ———————— |
| 00:42:32 21:2 | 00:52:10 23:11 | 00:59:17 25:21 | **4** |
| 00:42:35 21:3 | 00:52:12 23:12 | 00:59:24 25:22 | **4** 5:15 9:5 14:9 15:17 26:5 |
| 00:42:40 21:4 | 00:52:19 23:13 | 00:59:26 25:23 | **4.0** 18:12 |
| 00:42:41 21:5 | 00:52:28 23:14 | 00:59:29 25:24 | **4/15/98** 1:1 |
| 00:42:45 21:6 | 00:52:45 23:15 | 00:59:33 26:1 | |
| 00:42:49 21:7 | 00:53:02 23:16 | 00:59:36 26:2 | ———————— |
| 00:43:36 21:8 | 00:53:16 23:17 | 00:59:37 26:3 | **5** |
| 00:43:39 21:9 | 00:53:19 23:18 | 00:59:38 26:4 | **5** 20:10 |
| 00:43:46 21:10 | 00:53:35 23:19 | 00:59:42 26:5 | **5's** 23:19 |
| 00:44:13 21:11 | 00:54:05 23:20 | 00:59:48 26:6 | **56-year-old** 2:2 |
| 00:44:43 21:12 | 00:54:18 23:21 | 00:59:53 26:7 | |
| 00:44:48 21:13 | 00:54:28 23:22 | 00:59:58 26:8 | ———————— |
| 00:45:09 21:14 | 00:54:35 23:23 | 01:00:00 26:9 | **6** |
| 00:45:16 21:15 | 00:54:47 23:24 | 01:00:07 26:10 | **6** 5:15 9:5 14:9 15:17 26:5 |
| 00:45:36 21:16 | 00:54:50 24:1 | 01:00:11 26:11 | |
| 00:45:40 21:17 | 00:54:52 24:2 | | ———————— |
| 00:45:44 21:18 | 00:54:55 24:3 | ———————— | **8** |
| 00:46:00 21:19 | 00:54:57 24:4 | **1** | **8** 2:19 9:5 14:9 15:18 |
| 00:46:05 21:20 | 00:55:10 24:5 | **1** 16:19 | |
| 00:46:09 21:21 | 00:55:29 24:6 | **1.75** 18:24 21:24 | ———————— |
| 00:46:12 21:22 | 00:55:33 24:7 | **10** 9:7 14:9 15:4 | **9** |
| 00:46:17 21:23 | 00:55:48 24:8 | **105-RPR** 27:12 | **9** 17:14 20:13 |
| 00:46:18 21:24 | 00:55:52 24:9 | **110** 21:21 | |
| 00:46:23 22:1 | 00:55:53 24:10 | **15** 17:20 | |
| 00:46:34 22:2 | 00:55:59 24:11 | **15's** 10:15 | |
| 00:46:53 22:3 | 00:56:02 24:12 | **150** 22:8 | |
| 00:46:56 22:4 | 00:56:17 24:13 | **18** 17:13 | |
| 00:47:32 22:5 | 00:56:24 24:14 | **1981** 26:3 | |
| 00:47:48 22:6 | 00:56:27 24:15 | | |
| 00:48:08 22:7 | 00:56:29 24:16 | ———————— | |
| 00:48:18 22:8 | 00:56:35 24:17 | **2** | |
| 00:48:43 22:9 | 00:56:37 24:18 | **2** 1:2 5:15 9:5 14:9 15:17 | |
| 00:48:59 22:10 | 00:56:46 24:19,20 | 26:5 | |
| 00:49:02 22:11 | 00:56:47 24:21 | **2-1** 1:1 | |
| 00:49:05 22:12 | 00:56:57 24:22 | **2.0** 18:24 22:21 | |
| 00:49:17 22:13 | 00:57:00 24:23 | **2.15** 10:24 17:18 22:14,23 | |
| 00:49:20 22:14 | 00:57:01 24:24 | 22:24 | |
| 00:49:23 22:15 | 00:57:06 25:1 | **2.15's** 9:1 | |
| 00:49:28 22:16 | 00:57:13 25:2 | **20** 14:10,11 15:1,1 | |
| 00:49:43 22:17 | 00:57:15 25:3 | **20-year** 25:21 | |
| 00:49:51 22:18 | 00:57:42 25:4 | **2000** 20:11,12 | |
| 00:50:00 22:19 | 00:57:45 25:5 | **2005** 27:9 | |
| 00:50:17 22:20 | 00:57:49 25:6 | **2008** 27:13 | |
| 00:50:19 22:21 | 00:57:59 25:7 | **206** 11:12 | |
| 00:50:27 22:22 | 00:58:03 25:8 | **22** 6:8,18 15:24 17:16,20 | |
| 00:50:32 22:23 | 00:58:08 25:9 | **25** 23:8 | |
| | | ———————— | |
| | | **3** | |

ATTACHMENT F



**WILCOX & FETZER LTD.**

## In The Matter Of:

# Schatz Patient Bradberry, Spencie

_____

## Schatz Patient Bradberry, Spencie

### April 15, 1998

_____

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

Schatz Patient Bradberry, Spencie

Page 1

```
 1

 2

 3

 4

 5

 6

 7    "SCHATZ 4/15/98 PATIENT BRADBERRY, SPENCIE"

 8

 9

10

11

12

13                                              .

14

15

16

17

18

19

20

21

22

23

24
```

Schatz Patient Bradberry, Spencie

April 15, 1998                                                    Schatz Patient Bradberry, Spencie

Page 2

1       DR. SCHATZ: One case that I couldn't get  20:39:31
2   the balloon across or right, I actually took the  20:39:31
3   balloon out and got some mineral oil, like WD-40, and  20:39:31
4   coated the balloon with it and ran it right down. It  20:39:31
5   went right down.                             20:39:31
6       Even nitro, intracoronary nitro. We have  20:39:31
7   to make it ourselves. You take a nitro tablet, grind  20:39:31
8   it up, then mix it on the table with some saline, then  20:46:09
9   pour it through a milllipore filter.         20:39:31
10      Okay. Advancing. Yeah.                   20:39:31
11      Little things like that.                 20:39:31
12      Quick test. Let me take a test shot      20:40:20
13  there, see where we have to go. Yeah. My fault. I  20:40:20
14  wasn't tight. Sorry. That was my fault. Yeah.   20:40:20
15      All right. Well, that's it. That's where  20:40:28
16  we're going.                                 20:40:28
17      Take a deep breath there, Spence, a deep  20:40:28
18  breath and hold it.                          20:40:31
19      What? We're taping. Oh, yeah. Come on.  20:40:35
20  Neutral. Neutral. All right.                 20:40:38
21      Look at that. What is it hooking up on?  20:40:42
22  Watch it. There you go.                      20:40:49
23      Spence, take a real deep breath.         20:40:51
24      Try pulling on it. Sometimes a little    20:40:54

Page 4

1   that one. Pull.                              20:49:05
2       Okay. Here we go. Advancing.             20:49:05
3       Okay. Tension on the wire. There we go.  20:49:16
4   Poof. All right.                             20:49:25
5       Yeah. Well, it wasn't easy, but it did  20:49:29
6   go.                                          20:49:31
7       All right. A quick test to see if we're  20:49:32
8   in the right place. Yeah, it's good. Okay. That's  20:49:34
9   fine. All right.                             20:49:37
10      Definitely, yeah. All right. That was   20:49:41
11  just a flap. I think it was just sticking on it.  20:49:49
12      All right. Bring it back. Hook it up    20:49:55
13  there. The old PSS to the rescue.            20:49:57
14      I know. Well, some accounts, the        20:50:03
15  salespeople tell me they're forcing them. We don't  20:50:04
16  want them, we don't want them. But in fact, the day  20:50:07
17  we put our -- yesterday, Paul had to put one in over  20:50:09
18  there, yeah, in the other room.              20:50:12
19      Yeah. Test. All right. That's good.      20:50:14
20  Take it up 2, 4, 6. Go. Little spasm and pseudo  20:50:16
21  stenosis there. Good. Great. Deflate.        20:50:23
22      Okay. Now, this is -- yeah. Yeah. Yeah.  20:50:37
23      Yeah. We'll see. We might want o -- we  20:50:50
24  could put a Crown in here. We could do almost  20:50:51

Page 3

1   straighter shot ... That doesn't work.       20:40:56
2       Breathe normally. Breathe.               20:40:59
3       Okay. Well, take it out. Let me get it   20:41:02
4   before to make sure it's engaged there nicely. All  20:41:07
5   right. Now, it might be hooked there. There you go.  20:41:11
6   Yeah. Okay. Like 0 for 5 here.               20:41:13
7       Do you have that PSS still? Let's have   20:41:21
8   that. And if all else fails, we'll try the AVE.  20:41:25
9       Good. Still there. Still hanging in      20:41:30
10  there. Starting all over.                    20:41:32
11      We have examples with both. We have one  20:47:57
12  where the Crown wouldn't go. Then we have some where  20:48:00
13  nothing would go, but a Crown. So they're all the  20:48:04
14  same.                                        20:48:07
15      All right. Last chance motel here, guys.  20:48:11
16      All right. So what do we have for AVE?   20:48:16
17  That's 20 or 18 milli -- do we have a 3.5? What  20:48:18
18  length?                                      20:48:24
19      All right. That will be next. If this    20:48:27
20  doesn't work, that's what we'll do next.     20:48:29
21      Do you have a 3.5 by 18 GFX? All right.  20:48:33
22  That will be the next one. Don't open it yet. Just  20:48:39
23  have it ready.                               20:48:54
24      That's visible. Isn't it? You can see    20:48:57

Page 5

1   anything. Now, it doesn't matter. So we might as  20:50:54
2   well go with a Crown, maybe.                 20:50:57
3       Good. You're out.                        20:51:00
4       All right. Test shot there. Inject.      20:51:04
5   Good. That distal is looking whimpy. Isn't it?  20:51:12
6       It's probably a little -- combination of  20:51:18
7   pseudo stenosis. We'll probably have to fix that.  20:51:20
8   All right. We'll see.                        20:51:27
9       Proximal looks like what? Hold on. 3.0.  20:51:28
10  Let's have a 3.0 by 15 Crown. See if it will slip  20:51:36
11  past there. I hope it does.                   20:51:39
12      Telescoping the Crown is not easy either.  20:51:41
13  Sometimes it bangs.                          20:51:44
14      I would try a Crown, but -- knowing that  20:51:51
15  it could snag.                               20:51:54
16      No. I would just gamble and try and do it  20:52:05
17  all at the end. No. We really should -- I think we  20:52:07
18  probably ought to end up fixing that. Why not? All  20:52:10
19  this work and ... We might be able to slip it down  20:52:13
20  there without predilating. It's possible. In fact,  20:52:16
21  if this goes -- flies, then just let it go, see if it  20:52:19
22  will get there.                              20:52:25
23      Now, Paul has had a few of these slide off  20:52:26
24  in his hands here. So I always check. I have not  20:52:29

2 (Pages 2 to 5)

Schatz Patient Bradberry, Spencie

Schatz Patient Bradberry, Spencie

Page 6

1   seen that. He claims he's had some slide right off.  20:52:30
2   I don't believe it, but.                    20:52:34
3        Okay. Here we go. Advancing. This is a  20:52:37
4   3.0 by 15 Crown.                        20:52:38
5        Terry, if this goes easily, I might slip  20:52:43
6   it down to that distal lesion. We'll see. Okay.   20:52:46
7        Take a deep breath, Spence.          20:52:51
8        Yeah, it's snagging down there. I'll just  20:52:55
9   take care of the ostium and get ready --     20:52:57
10       Breathe normally. Breathe normally.    20:53:01
11   That. Okay. Got a lot of overlap,         20:53:06
12   but that's okay. Saw that coming.          20:53:13
13       Test that. Okay. That's looking a little  20:53:13
14   better. Hook it up so we'll be ready to roll. All  20:53:24
15   right. Let's at least get that taken care of. Then  20:53:29
16   we can decide about that distal stuff.      20:53:32
17       Okay. Test again. All right. I'm going  20:53:38
18   to try and scoot it out there. Center it. That's  20:53:43
19   good, Jerry. Test that. That's actually pretty good  20:53:46
20   there. Yeah, it's one of those all-or-nones.   20:53:56
21       Okay. Test that. That's not bad. Test   20:54:11
22   that. Once more. One more test. I think that's   20:54:25
23   good. I don't mind if it's dangling a little bit.   20:54:32
24   That's ... Test that.                     20:54:37

Page 7

1        That's all right. Take it out. I think   20:54:43
2   the guy just popped back up. That's all right,   20:54:46
3   though.                               20:54:46
4        Take it up. Go to 16. It will be all   20:54:49
5   right.                               20:54:52
6        Okay. Deflate.                    20:54:57
7        All right. All right. Well. That's      20:55:03
8   good. Yeah, that's fine.                  20:55:06
9        (Indistinguishable.)                20:55:06
10       DR. SCHATZ: I forgot about that. Good  20:55:24
11   point.                               20:55:43
12       Okay. Inject. Good.               20:55:47
13       I think so, yeah.                   20:55:47
14       All right. Now, decision time. That    20:56:01
15   could be a gap between the two stents also. All   20:56:08
16   right. Let's move forward.                20:56:11
17       Let's make a decision about that distal.  20:56:13
18       All right. Now, the other stent has to be  20:56:18
19   dilated anyway because it's underdilated.    20:56:21
20       All right. Let's decide if we're going to  20:56:25
21   go after that or not down there. What do you think?  20:56:28
22   It will probably look a lot better, I think.   20:56:32
23       All right.                        20:56:36
24       Combination -- that is also a part of the  20:56:40

Page 8

1   wire. Now, there -- well, there was something there.  20:56:41
2   Yeah, we talked about that from the beginning.   20:56:44
3        Let's have a 3.0 charger. We will      20:56:46
4   predilate that. 3.0 by 15. We'll dilate that   20:56:49
5   section. Postdilate that. And then try and get   20:56:54
6   another Crown down there.                20:56:57
7        Yeah, might as well. We have to predilate  20:57:00
8   anyway. Predilate. Then postdilate. Give us the   20:57:02
9   best chance, yeah. A-million-dollar case here.   20:57:08
10       This week he is going to cook for us, get  20:57:21
11   some hot cakes going.                   20:57:24
12       Okay. What we've decided to do here is,  20:57:26
13   we're going to dilate now. This mid-section looks a  20:57:29
14   little, a little stenotic, now that we have everything  20:57:33
15   else fixed. So we're going to put a 30-0 charger in  20:57:38
16   there. Predilate that. Postdilate the existing PSS  20:57:38
17   stent and then get another Crown down there,   20:57:40
18   hopefully.                            20:57:42
19       Okay. Advancing. Here we go. Okay.   20:57:43
20   Hook it up. Take the tube there. Test shot. Coming  20:58:05
21   in. There we go. Test. All right. That's good.   20:58:12
22       All right. Take it up 2, 4, 6, 8, 10.   20:58:18
23   There is a lesion there. 12, 14. Yeah. 16. It's up  20:58:23
24   there, too.                           20:58:28

Page 9

1        What are you at? Go to 18. Deflate.   20:58:29
2        Yeah. Well, actually Sam mentioned that  20:58:36
3   at the beginning if we were going to fix that. I   20:58:36
4   tried to talk him out of it.              20:58:39
5        Okay. Let's do that stent now. Test   20:58:41
6   shot.                                20:58:44
7        Okay. Take it up 2, 4, 6, 8, 10, 10, 12,  20:58:46
8   14, 16. Good. Deflate.                   20:58:54
9        All right. Take that out. Take a       20:59:02
10   picture. Okay. All the way out. That's a 3.0   20:59:03
11   charger coming out. 3.0 by 15.            20:59:12
12       Okay. Good. All right. We'll take a     20:59:21
13   picture and then we'll decide if it should be a 3.0   20:59:29
14   Crown, 3.0 by 15 Crown.                 20:59:33
15       Inject. Yeah. A little split. All      20:59:37
16   right. 3.0 by 15 Crown.                  20:59:43
17       We got that 22 here. Maybe we ought to   20:59:47
18   use that.                            20:59:49
19       Oh. Get my tape ready. I want to tape   20:59:50
20   this one.                            20:59:52
21       (Indistinguishable.)                20:59:52
22       DR. SCHATZ: That was a 15 up there. That  20:59:57
23   is pseudo stenosis up there. When the wire comes out,  21:00:11
24   it ought to relax. It probably is a gap, but it's not  21:00:15

3 (Pages 6 to 9)

Schatz Patient Bradberry, Spencie

April 15, 1998                                                    Schatz Patient Bradberry, Spencie

Page 10

1   going to hurt us, I don't think.              21:00:19
2       (Indistinguishable.)              21:00:19
3       DR. SCHATZ: Yeah.                 21:00:35
4       UNIDENTIFIED SPEAKER: How are you doing   21:00:35
5   there, Spencie?            21:00:35
6       UNIDENTIFIED SPEAKER: Good. Very good.   21:00:48
7       DR. SCHATZ: All right. Some people you   21:00:48
8   can just tell are going to be absolutely wonderful.   21:00:49
9   No problem no matter what.             21:00:56
10      All right. Advancing. Okay. This is a   21:00:56
11  15 millimeter Crown, 3.0 by 15. Try and touch up that 21:00:57
12  mid-section.               21:01:02
13      Take a deep breath, Spencie.          21:01:03
14      It's banging into the other PSS, yeah.   21:01:07
15  Oh, darn.                  21:01:12
16      Breathe normally.                21:01:14
17      All right. Take it out. Yeah. Drat.   21:01:22
18      Okay. Well, this would be a good time   21:01:29
19  for a, yeah, a GFX.             21:01:31
20      All right. Now, 3.0 -- we only have a 9   21:01:38
21  and a 30. Right? So it's going to have to be a 3.5.   21:01:40
22      (Indistinguishable.)              21:01:40
23      DR. SCHATZ: Well, is it a 3.5 or is it a   21:01:47
24  3.0 down there?           21:01:49

Page 11

1       (Indistinguishable.)              21:01:49
2       DR. SCHATZ: Well, I don't know. It's the 21:01:59
3   first time -- we may have to do this whole segment   21:02:01
4   there. I don't know. Where is the other stent in?   21:02:03
5   Let's see.                 21:02:07
6       UNIDENTIFIED SPEAKER: Right at the   21:02:07
7   branch, I think.            21:02:07
8       (Indistinguishable.)              21:02:09
9       DR. SCHATZ: Right there, I think, maybe.   21:02:09
10  Or, no, or right there. Right there, right there.   21:02:10
11  That's it right there. You can see it. It's ghosting   21:02:12
12  right there. So we, basically, have to pick up that   21:02:15
13  hump.                      21:02:15
14      Let's get a Microstent, a 3.0 by 18   21:02:18
15  Microstent.                21:02:23
16      We don't have that. Okay. Fine, fine.   21:02:25
17  3.5. Let's have a 3 --            21:02:27
18      Now, the GFX, I'm sorry, what length do   21:02:30
19  you have?                  21:02:33
20      (Indistinguishable.)              21:02:33
21      DR. SCHATZ: Okay. Let's take that. It   21:02:34
22  used to be easy. It was one. Now I have to know them 21:02:38
23  all.                       21:02:38
24      All right. 3.5 by 18 GFX.             21:02:38

Page 12

1       (Indistinguishable.)              21:02:38
2       DR. SCHATZ: Well, that's deeply   21:02:45
3   difficult. I've had good luck with Microstent 2s   21:02:49
4   going through other stents. Yeah.         21:02:58
5       How many atmospheres does this balloon   20:03:01
6   take, the GFX?             20:03:04
7       (Indistinguishable.)              20:03:06
8       DR. SCHATZ: Okay, okay. Let me see what 20:03:06
9   it looks like there.             20:03:08
10      Okay. Here we have a GFX, 3.5 by 18.   20:03:10
11      Okay. Let's do it.                20:03:17
12      It's a wild case.                20:03:39
13      Oh. We have to tape this. Scroll forward 20:03:49
14  to number 1. Are we already erasing?         20:03:53
15      (Indistinguishable.)              20:05:31
16      DR. SCHATZ: I want you to scroll forward 20:05:37
17  to number 1. You want me to tap? Okay. Sorry. Go   20:05:39
18  ahead. I don't think I can erase anything on this.   20:05:43
19      All right. Sorry we have to delay here to 20:05:47
20  get this on my tape. It's always something.   20:05:52
21      Okay. Put my tape in and let's record   20:05:54
22  right from here. Go ahead. 1 to 29. Do it. The   20:05:56
23  rest is lost forever.             20:06:01
24      It's funny. It would not look like a   20:06:09

Page 13

1   tough case, you know.             20:06:11
2       (Indistinguishable.)              20:06:11
3       Yeah, in the old days, you would balloon   20:06:15
4   it, you would be in surgery, and that would be it.   20:06:16
5       Yeah, those demonstration courses, it's   20:06:21
6   not unusual to see lots of de-tach, lots of defib,   20:06:23
7   lots of CPR. Hartzler, especially, would say he would 20:06:27
8   have one or two deaths out of ten or 12 cases that he 20:06:33
9   would do.                  20:06:37
10      (Indistinguishable.)              20:06:39
11      DR. SCHATZ: Hey, wait. Is there a   20:06:59
12  billing code for that? Did we convert him?   20:06:59
13      (Indistinguishable.)              20:06:59
14      DR. SCHATZ: Yeah. Is that cardizem off   20:07:14
15  now?                       20:07:17
16      UNIDENTIFIED SPEAKER: It is.
17      DR. SCHATZ: Okay.
18      (Indistinguishable.)
19      DR. SCHATZ: Yeah. Good ahead and do it
20  right now.
21      Okay. ACT coming.                20:07:42
22      It seems pretty flexible. A little   20:08:24
23  unction. A little unction.             20:08:48
24      (Indistinguishable.)              20:08:48

4 (Pages 10 to 13)

Schatz Patient Bradberry, Spencie

Page 14

1    DR. SCHATZ: Okay. Mm-hmm. Oh, yeah. I    20:08:49
2  like that idea. Is there a billing code for that, is    20:08:52
3  the question?                          20:08:55
4    (Indistinguishable.)                   20:08:55
5    DR. SCHATZ: Okay. All right. Here we    20:08:57
6  go. This is a 3.0 by -- 3.5 by 18 GFX.          20:09:00
7  The moment of truth. Will it pass or       20:09:10
8  nothing else will go?                    20:09:12
9    Take a deep breath.                   20:09:16
10    Oh, look at that.                     20:09:19
11    That's pretty impressive, you've got to    20:09:20
12  admit. Hook it up. That's impressive. That's     20:09:24
13  impressive. I think that's because it's round. It's   20:09:28
14  not sharp.                           20:09:31
15    Test any time.                      20:09:34
16    (Indistinguishable.)                  20:09:34
17    DR. SCHATZ: Yeah, test. It will be all    20:09:40
18  right. It's a pretty big vessel.             20:09:42
19    All right. I think we got it there.        20:09:46
20    One more test.                      20:09:48
21    I don't know if there is a gap there in    20:09:52
22  that other one. Do a high res. and we'll see it.    20:09:54
23    Take a deep breath, Spencie. Take a deep   20:09:58
24  breath and hold it.                     20:10:02

Page 15

1    Inject, inject. Take it up 2, 4, 6.       20:10:03
2  There might be a little gap there. I don't know.    20:10:08
3  Good. 8, 9. Deflate.                    20:10:11
4    Now, you have to do high pressure with    20:10:21
5  this, too. Take it up.                    20:10:23
6    (Indistinguishable.)                  20:10:23
7    DR. SCHATZ: Is that true? They don't    20:10:27
8  recommend coming back with another ... Is that true?  20:10:28
9    (Indistinguishable.)                  20:10:28
10    DR. SCHATZ: Well, now that we have    20:10:35
11  wall-to-wall metal, we might as well take advantage of 20:10:37
12  it and put a 3.5 in there and just pound the whole   20:10:41
13  thing. We'll probably have some gaps there because   20:10:45
14  I'm not sure we really telescoped it.         20:10:49
15    (Indistinguishable.)                  20:10:49
16    DR. SCHATZ: Yeah. Sure. Yeah.        20:10:35
17  Absolutely. Just dial 9. A phone in any room there.  20:10:53
18    (Indistinguishable.)                  20:10:53
19    DR. SCHATZ: Okay. We'll keep banging    20:10:35
20  away on this LAD. I guess you -- do you want us to do 20:11:02
21  that? Or do you want to do that up there?       20:11:04
22    (Indistinguishable.)                  20:11:04
23    DR. SCHATZ: Well, we might as well try it, 20:10:35
24  I guess. We'll take a look at it.            20:11:09

Page 16

1    (Indistinguishable.)                  20:11:09
2    DR. SCHATZ: That's nice. Let's have a    20:11:11
3  3.5 by 30 charger. We'll do the whole segment.     20:11:16
4    (Indistinguishable.)                  20:11:16
5    DR. SCHATZ: Give another 2,000 of     20:11:11
6  Heparin. Well, the GFX gives a nice appearance. I   20:11:31
7  like that.                           20:11:42
8    (Indistinguishable.)                  20:11:42
9    DR. SCHATZ: Yeah. You can still see the  20:11:50
10  little cobble-stoning, though.               20:11:52
11    (Indistinguishable.)                  20:11:52
12    DR. SCHATZ: All right. This will smooth   20:11:11
13  it a lot, though.                       20:12:00
14    3.5 by 30. Right?                   20:12:04
15    (Indistinguishable.)                  20:12:04
16    DR. SCHATZ: How much contrast did we use? 20:11:11
17    (Indistinguishable.)                  20:11:11
18    DR. SCHATZ: Okay. Advance. You can see  20:11:11
19  the stent.                           20:12:51
20    All right. Take it out 2, 4, 6, 8, 10.      20:12:53
21  That's good. I'm purposely keeping it out of the    20:12:58
22  distal. 12, 14. Deflate.                  20:13:00
23    All right. Do this whole proximal         20:13:13
24  section. Get a little more aggressive. Okay.      20:13:15

Page 17

1    Test shot there. Yeah.                 20:13:27
2    All right. Take it up. 10, 12, 14, 16.      20:13:31
3  Good. Deflate. All right.                 20:13:14
4    UNIDENTIFIED SPEAKER: Spencie, how you  20:13:51
5  doing?                             20:13:52
6    DR. SCHATZ: Okay, Spence, you're doing   20:13:53
7  really good. We're pretty much done here with this   20:13:55
8  one.                              20:13:59
9    (Indistinguishable.)                  20:13:43
10    DR. SCHATZ: Okay. Sorry about that.     20:14:03
11    Good. Done.                       20:14:19
12    That's good.                       20:14:34
13    All right. We'll take this wire out. See   20:14:35
14  what that looks like.                    20:14:37
15    Breathe normally. Nice, easy breaths.     20:14:39
16    Yeah. Let's do it without the wire.        20:14:48
17  Let's get all those curves out.             20:14:52
18    Deep breath and hold it again. Good.      20:14:55
19  Don't breathe and don't move.              20:14:57
20    Inject, inject. That's good.             20:14:58
21    Breathe away.                      20:15:02
22    All right. That's going to be a final.      20:15:04
23    1 goes with that. So 1 and 35 go        20:15:07
24  together.                           20:15:11

Schatz Patient Bradberry, Spencie

April 15, 1998                                                    Schatz Patient Bradberry, Spencie

Page 18

1    Deep breath and hold it. Don't breathe    20:15:12
2  and don't move.                             20:15:16
3        Inject.                           20:15:23
4        And breathe.                          20:15:23
5        All right. Good. That's fine.    20:15:23
6        All right. Well, I think I'd rather leave  20:15:26
7  it. Kind of tired. There is no guarantee that would  20:15:36
8  be smooth either. That could be a marathon if it  20:15:39
9  doesn't work right.                          20:15:43
10        Okay. Let's take a quick look at it.    20:15:44
11  Maybe we'll ... Let's have a JL 4.    20:15:47
12        (Indistinguishable.)               20:15:52
13        DR. SCHATZ: No. I think it looks modest.  20:15:55
14  He can do that up there. I'm just kind of tired. I  20:15:59
15  don't feel like dealing with this, another two hours  20:16:04
16  of this.                              20:16:06
17        Okay. Those are our final pictures. If  20:16:07
18  you can get us some printouts of those.    20:16:09
19        UNIDENTIFIED SPEAKER: Spencie, you are  20:16:12
20  holding up okay there?                   20:16:14
21        DR. SCHATZ: Let me tell you, we finished  20:16:16
22  the right side. It came out absolutely beautiful. We  20:16:19
23  just have to decide if we're going to fix the other  20:16:19
24  one. We've have been here for a long time, and you've  20:16:23

Page 19

1  had a lot of contrast. We may just fix this one and  20:16:23
2  send you home.                          20:16:26
3        (Indistinguishable.)               20:16:26
4        DR. SCHATZ: Yeah. We'll talk to    20:55:24
5  Dr. Botts here because he could do that up there in  20:16:32
6  Santa Maria. You have had a lot of contrast already.  20:16:35
7  You have got to be a little careful. The contrast we  20:16:38
8  gave you, the stuff we inject, that stuff is toxic.  20:16:40
9  You can't get too much of it.             20:16:43
10        JL 4 is where?                   20:16:54
11        (Indistinguishable.)               20:16:54
12        DR. SCHATZ: We'll just do the Levanox.    20:55:24
13        (Indistinguishable.)               20:55:24
14        DR. SCHATZ: I'm familiar with it. I know  20:55:24
15  it's there's some good data, but we don't have any for  20:18:19
16  stents on it. We know --                 20:18:22
17        Stop.                        20:18:27
18        -- Levanox works.                 20:18:29
19        I wouldn't do any experimenting. I know  20:18:30
20  it's a good drug. It looks interesting. Didn't it  20:18:32
21  just get approved?                       20:18:36
22        (Indistinguishable.)               20:17:47
23        DR. SCHATZ: Recently, yeah.         20:55:24
24        Oh. Zitech? Yeah.                 20:17:47

Page 20

1        (Indistinguishable.)               20:17:47
2        DR. SCHATZ: True. Yeah. It's a good    20:55:24
3  company. I like it. I kind of search for stories  20:18:54
4  like that where they get bashed inappropriately. It  20:18:57
5  is always a risk, but.                   20:19:00
6        Little stuff there. Let's just disengage  20:19:09
7  a little bit.                          20:19:15
8        All right.                       20:19:18
9        Let's have a little nitro. See if we can  20:19:23
10  make that any bigger.                    20:19:27
11        (Indistinguishable.)               20:19:27
12        DR. SCHATZ: Yeah. Right. Sure. Yeah.    20:55:24
13        All right. That looks pretty juicy.    20:19:49
14        Right that angle down.             20:19:54
15        Okay. That's all right. Let's get a    20:20:00
16  stabilizer.                          20:20:03
17        Give me control here. What happened?    20:20:10
18        Do you have that angle down?         20:20:20
19        I don't think this will show it.    20:20:28
20        Yeah.                        20:20:34
21        Oh, that's pretty big. Okay. All right.  20:20:39
22  Fine. All right.                       20:20:42
23        Oh, we have a Crown here, too. We have it  20:21:02
24  opened up already.                       20:21:05

Page 21

1        One is a 22, though, right?         20:21:06
2        (Indistinguishable.)               20:21:06
3        DR. SCHATZ:                    20:55:24
4        Yeah. Do we have a 3.0 balloon?    20:21:11
5  Anybody's?                          20:21:15
6        (Indistinguishable.)               20:21:15
7        DR. SCHATZ: Okay. Good. We'll use that  20:55:24
8  Dupree and then we'll -- here we go.    20:21:20
9        Got it on tape here.             20:21:23
10        This is the LAD lesion on the same    20:21:24
11  patient.                          20:21:27
12        Here we go. Use this to get into the LAD.  20:21:31
13  Then we'll switch over to the other one.    20:21:36
14        It doesn't have a circ. That's right.    20:21:45
15  That's the only place it can go. Right. Let's go.    20:21:47
16        There you go. Great. Okay.         20:22:46
17        Do you have an iron man or that XS?    20:22:51
18        All right. Take the balloon. Then the    20:23:01
19  iron man next.                       20:23:03
20        All right. Good.                 20:23:09
21        Go. All the way. Good. Stop there.    20:23:29
22        Iron man.                      20:23:58
23        All right. We're switching out for an    20:24:00
24  iron man.                          20:24:03

6 (Pages 18 to 21)

Schatz Patient Bradberry, Spencie

April 15, 1998                                                    Schatz Patient Bradberry, Spencie

Page 22

| | | |
|---|---|---|
| 1 | (Indistinguishable.) | 20:24:03 |
| 2 | DR. SCHATZ: Get this on camera here. | 20:24:16 |
| 3 | Make sure you see LB here. | 20:24:19 |
| 4 | This is Lori, who used to work for us. | 20:24:24 |
| 5 | Lori will be searching for a job. | 20:24:32 |
| 6 | Tie that in knots. | 20:24:40 |
| 7 | UNIDENTIFIED SPEAKER: New iron man. | 20:24:44 |
| 8 | DR. SCHATZ: Let's have a new iron man. | 20:24:45 |
| 9 | UNIDENTIFIED SPEAKER: Right away. | 20:24:50 |
| 10 | DR. SCHATZ: Right away. | 20:24:54 |
| 11 | (Indistinguishable.) | 20:25:02 |
| 12 | DR. SCHATZ: Blaming me. | 20:25:04 |
| 13 | Loose. | 20:25:14 |
| 14 | Pick up. | 20:25:15 |
| 15 | Forward. | 20:25:20 |
| 16 | Negative. | 20:25:22 |
| 17 | Tell me when you're tight. | 20:25:30 |
| 18 | Good. | 20:25:40 |
| 19 | All right. Take it up. 2, 4, 6. | 20:25:41 |
| 20 | UNIDENTIFIED SPEAKER: Going up. 2, 4, 6. | 20:25:43 |
| 21 | DR. SCHATZ: Okay. Got it. | 20:25:47 |
| 22 | Get the stents ready. 3.5 by 15 Crown. | 20:25:50 |
| 23 | Here we go. Loose. Deflate. | 20:25:57 |
| 24 | Loose and coming out. | 20:26:01 |

Page 23

| | | |
|---|---|---|
| 1 | Got a little spasm down there. | 20:26:34 |
| 2 | (Indistinguishable.) | 20:26:39 |
| 3 | DR. SCHATZ: Yeah, it does. | 20:26:39 |
| 4 | Okay. This is 3.0 by 15 Crown. Wow! Use | 20:26:41 |
| 5 | that as a landmark, that diagonal right after it, and | 20:26:45 |
| 6 | it will be all right. | 20:26:50 |
| 7 | (Indistinguishable.) | 20:26:38 |
| 8 | DR. SCHATZ: Yeah. Good point. | 20:26:52 |
| 9 | Got a lot of spasm down there. I hope | 20:26:55 |
| 10 | that's spasm. | 20:26:58 |
| 11 | It's a stiff wire. There is a curve down | 20:27:01 |
| 12 | there. Actually that could be pseudo stenosis, too. | 20:27:03 |
| 13 | Okay. Go ahead. Any time. Go. | 20:27:09 |
| 14 | Okay. When this goes in, we'll switch the | 20:27:16 |
| 15 | wire out for a stabilizer. See if that all goes away. | 20:27:18 |
| 16 | (Indistinguishable.) | 20:27:33 |
| 17 | DR. SCHATZ: Yeah, I will in a second. | 20:27:33 |
| 18 | Okay. And -- okay. This is a 3.0 by 15 | 20:27:34 |
| 19 | Crown, which goes nicely. | 20:27:41 |
| 20 | Forward. And negative. | 20:27:51 |
| 21 | (Indistinguishable.) | 20:27:33 |
| 22 | DR. SCHATZ: Right. | 20:27:33 |
| 23 | (Indistinguishable.) | 20:27:33 |
| 24 | DR. SCHATZ: Yeah. A little more distal. | 20:28:10 |

Page 24

| | | |
|---|---|---|
| 1 | (Indistinguishable.) | 20:27:33 |
| 2 | DR. SCHATZ: A little more distal. | 20:28:12 |
| 3 | Let's put a hundred up. Good. | 20:28:15 |
| 4 | All right. Take it up, 2, 4, 6. | 20:28:18 |
| 5 | UNIDENTIFIED SPEAKER: Going up. 2, 4, 6. | 20:28:18 |
| 6 | DR. SCHATZ: 8, 10. | 20:28:23 |
| 7 | UNIDENTIFIED SPEAKER: 8, 10. | 20:28:23 |
| 8 | DR. SCHATZ: 12, 14. | 20:28:24 |
| 9 | UNIDENTIFIED SPEAKER: 12, 14. | 20:28:24 |
| 10 | DR. SCHATZ: Good. | 20:28:26 |
| 11 | (Indistinguishable.) | 20:28:26 |
| 12 | DR. SCHATZ: Yeah. Deflate. Okay. | 20:28:27 |
| 13 | Let's run it down a little bit, if it will | 20:28:30 |
| 14 | go. Let's have a new wire, too. A stabilizer. | 20:28:32 |
| 15 | (Indistinguishable.) | 20:28:32 |
| 16 | DR. SCHATZ: I don't know how far it will | 20:28:42 |
| 17 | go. That's fine. That's good enough. | 20:28:42 |
| 18 | All right. Stabilizer. | 20:28:42 |
| 19 | UNIDENTIFIED SPEAKER: The stabilizer is | 20:28:43 |
| 20 | in. | 20:28:44 |
| 21 | DR. SCHATZ: Actually before it goes in, | 20:29:12 |
| 22 | let's take a picture, before we go anywhere down | 20:29:13 |
| 23 | there. Go ahead. | 20:29:17 |
| 24 | That's occlusive there. That might be a | 20:29:32 |

Page 25

| | | |
|---|---|---|
| 1 | tear down there. Watch out. | 20:29:33 |
| 2 | Wire. Let me have the torquer. | 20:29:35 |
| 3 | Could be a tear down there. | |
| 4 | (Indistinguishable.) | |
| 5 | DR. SCHATZ: Yeah. Could be. | |
| 6 | Get the test shots there. | |
| 7 | Yeah. That is a problem there. | |
| 8 | Okay. Loose. Let's bring it back. | 20:29:41 |
| 9 | Let's have a little nitro. It's got some | 20:30:13 |
| 10 | STs that are funky there. | 20:30:21 |
| 11 | Fluids up to 500. 200 of nitro. | 20:30:21 |
| 12 | All right. Here we go. | 20:30:32 |
| 13 | That doesn't look very good there. Some | 20:30:44 |
| 14 | problems there. | 20:30:47 |
| 15 | Breathe away. | 20:30:49 |
| 16 | (Indistinguishable.) | 20:31:00 |
| 17 | UNIDENTIFIED SPEAKER: Not yet. | 20:31:00 |
| 18 | DR. SCHATZ: Get that wire a little bit. | 20:31:01 |
| 19 | Let's take this out. | 20:31:03 |
| 20 | Try to manipulate the wire a little bit | 20:31:06 |
| 21 | while I got it. | 20:31:09 |
| 22 | A little test shot see if I can find the | 20:31:12 |
| 23 | true lumen^ spg down there. | 20:31:16 |
| 24 | Test any time. | 20:31:20 |

7 (Pages 22 to 25)

Schatz Patient Bradberry, Spencie

April 15, 1998                                                    Schatz Patient Bradberry, Spencie

Page 26

```
 1        The distal I need to see there.  It's    20:31:25
 2  looking better already.                 20:31:29
 3        Okay.  Loose.              20:31:36
 4        Yeah.  That's better.  Loose and coming    20:31:37
 5  out.                     20:31:40
 6        I don't know.  Might be all right.  I    20:31:46
 7  think just had to get the -- I think the wire just    20:31:52
 8  tickled it maybe and the nitro finally worked.    20:31:53
 9        Yeah.  Spasm.  All right.         20:32:16
10        Okay.  That's a 3.0 Crown there.  It looks  20:32:22
11  absolutely perfect.  We had a little spasm, which is  20:32:25
12  already better.              20:32:29
13        That's going to be a final.  38 and 45 go  20:32:30
14  together.  Plus 4 minus 23.          20:32:34
15        Take a deep breath and hold it.  Good.    20:32:44
16  Hold that breath.  Don't breathe and don't move.    20:32:47
17        That's nice.              20:32:52
18        Breathe away.              20:32:54
19        I don't know if he had something there    20:32:58
20  already in that distal.          20:33:00
21        (Indistinguishable.)          20:33:00
22        DR. SCHATZ:  Go back to 39.  Scroll back  20:33:07
23  to 39.  No.                20:33:11
24        (Indistinguishable.)          20:33:11
```

Page 27

```
 1        DR. SCHATZ:  I still don't know if that's  20:33:30
 2  spasm, or.                 20:33:32
 3        (Indistinguishable.)          20:33:32
 4        DR. SCHATZ:  Yeah, a little bit.  Mm-hmm.  20:33:40
 5        The wire did jam down there momentarily.  20:33:47
 6  All right.  We may just have to -- all the wire is    20:33:50
 7  there.  Yeah.              20:33:54
 8        (Indistinguishable.)          20:33:54
 9        DR. SCHATZ:  2.5 probably, or longer.    20:33:58
10        (Indistinguishable.)          20:33:58
11        DR. SCHATZ:  Bring a 40 also.  I'm not    20:34:11
12  sure what it's going to be.          20:34:13
13        (Indistinguishable.)          20:34:13
14        DR. SCHATZ:  Yeah.            20:34:19
15        As long as we have the wire there, let's  20:34:19
16  just do another one.            20:34:22
17        (Indistinguishable.)          20:34:22
18        DR. SCHATZ:  Yeah.  I don't know what    20:34:22
19  length yet, though.            20:34:44
20        It's a 40.  Give me the 40.        20:34:44
21        It's probably just two atmospheres.  Just  20:35:00
22  two atmospheres.  If it's spasm, it could break also.  20:35:03
23        Okay.  Go.              20:35:37
24        Stop.  Go.  Good.            20:35:53
```

Page 28

```
 1        Okay.  Just a shade farther.  Not much.    20:36:16
 2  Yeah.                     20:36:31
 3        All right.  Take that up to 2.  All right.  20:36:32
 4        All right.  So we stented the --      20:36:35
 5        (Indistinguishable.)          20:36:35
 6        DR. SCHATZ:  Looks like spasm.  I can't    20:36:40
 7  tell.  Just the distal all of a sudden went ... So    20:36:42
 8  if it's spasm, it should break with this.  It could be  20:36:49
 9  a little wire tear, although the wire didn't    20:37:22
10  misbehave.                20:37:26
11        Okay.  We have a 2.5 by 40 predator.    20:37:26
12  Trying to touch up this distal stuff, distal to the    20:37:29
13  stent.  It's either spasm or a little tear, but I    20:37:33
14  think it's going to be okay.  Rather than take    20:37:37
15  everything out, we'll just do a nice, long, low    20:37:42
16  inflation, see if it gets better.        20:37:44
17        ACT^ spg syringe.            20:37:48
18        What was the last one?          20:37:52
19        (Indistinguishable.)          20:37:52
20        DR. SCHATZ:  Okay.  Time.        20:37:57
21        All right.  Deflate.  Okay.        20:38:58
22        (Indistinguishable.)          20:38:58
23        DR. SCHATZ:  Don't replace that contrast  20:39:05
24  yet.  We might be done.            20:39:06
```

Page 29

```
 1        Tight.  Let's have a little more nitro.    20:39:15
 2  The guide is in.              20:39:31
 3        Now we're out of contrast.  This is our    20:39:38
 4  4-inch or 5.                20:39:42
 5        Okay.                  20:39:49
 6        Try it without the wire.  Yeah.  Drop some  20:39:51
 7  in a cup.                  20:39:58
 8        Trying to save money here, Sam, so I don't  20:40:00
 9  have to open up another bottle.        20:40:03
10        Always thinking to save John Armstrong    20:40:06
11  money.  You piece of shit.          20:40:10
12        (Indistinguishable.)          20:40:10
13        DR. SCHATZ:  Trying to keep it under a    20:40:12
14  million dollars.              20:40:13
15        Okay.  One last bit.          20:40:16
16        All right.  I think it's going to be okay.  20:40:30
17        All right.  I think that's okay.  I don't  20:40:38
18  know if that was spasm or a little damage there, but  20:40:41
19  it looks all right.            20:40:45
20        I don't know.              20:40:49
21        (Indistinguishable.)          20:40:49
22        DR. SCHATZ:  Yeah, yeah.  I think it's    20:40:53
23  spasm.  It will get better.          20:40:59
24        Okay.  That will be a final.  Just put 38,  20:41:02
```

8 (Pages 26 to 29)

Schatz Patient Bradberry, Spencie

April 15, 1998

Schatz Patient Bradberry, Spencie

Page 30

1  or 39 with 49.                              20:41:05
2       Take it out.  All right.  We're done.      20:41:08
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox & Fetzer, Ltd.              Registered Professional Reporters              (302)655-0477

Schatz Patient Bradberry, Spencie

April 15, 1998

**A**

able 5:19
absolutely 10:8 15:17
  18:22 26:11
accounts 4:14
ACT 13:21 28:17
admit 14:12
Advance 16:18
Advancing 2:10 4:2 6:3
  8:19 10:10
advantage 15:11
aggressive 16:24
ahead 12:18,22 13:19
  23:13 24:23
all-or-nones 6:20
angle 20:14,18
Anybody's 21:5
anyway 7:19 8:8
appearance 16:6
approved 19:21
Armstrong 29:10
atmospheres 12:5 27:21
  27:22
AVE 3:8,16
A-million-dollar 8:9

**B**

back 4:12 7:2 15:8 25:8
  26:22,22
bad 6:21
balloon 2:2,3,4 12:5 13:3
  21:4,18
banging 10:14 15:19
bangs 5:13
bashed 20:4
basically 11:12
beautiful 18:22
beginning 8:2 9:3
believe 6:2
best 8:9
better 6:14 7:22 26:2,4,12
  28:16 29:23
big 14:18 20:21
bigger 20:10
billing 13:12 14:2
bit 6:23 20:7 24:13 25:18
  25:20 27:4 29:15
Blaming 22:12
bottle 29:9
Botts 19:5
BRADBERRY 1:7
branch 11:7
break 27:22 28:8
breath 2:17,18,23 6:7
  10:13 14:9,23,24 17:18
  18:1 26:15,16

breathe 3:2,2 6:10,10
  10:16 17:15,19,21 18:1
  18:4 25:15 26:16,18
breaths 17:15
bring 4:12 25:8 27:11

**C**

cakes 8:11
camera 22:2
cardizem 13:14
care 6:9,15
careful 19:7
case 2:1 8:9 12:12 13:1
cases 13:8
Center 6:18
chance 3:15 8:9
charger 8:3,15 9:11 16:3
check 5:24
circ 21:14
claims 6:1
coated 2:4
cobble-stoning 16:10
code 13:12 14:2
combination 5:6 7:24
Come 2:19
comes 9:23
coming 6:12 8:20 9:11
  13:21 15:8 22:24 26:4
company 20:3
contrast 16:16 19:1,6,7
  28:23 29:3
control 20:17
convert 13:12
cook 8:10
courses 13:5
CPR 13:7
Crown 3:12,13 4:24 5:2
  5:10,12,14 6:4 8:6,17
  9:14,16,16 10:11 20:23
  22:22 23:4,19 26:10
cup 29:7
curve 23:11
curves 17:17

**D**

damage 29:18
dangling 6:23
darn 10:15
data 19:15
day 4:16
days 13:3
dealing 18:15
deaths 13:8
decide 6:16 7:20 9:13
  18:23
decided 8:12
decision 7:14,17

deep 2:17,17,23 6:7 10:13
  14:9,23,23 17:18 18:1
  26:15
deeply 12:2
defib 13:6
Definitely 4:10
Deflate 4:21 7:6 9:1,8
  15:3 16:22 17:3 22:23
  24:12 28:21
delay 12:19
demonstration 13:5
de-tach 13:6
diagonal 23:5
dial 15:17
difficult 12:3
dilate 8:4,13
dilated 7:19
disengage 20:6
distal 5:5 6:6,16 7:17
  16:22 23:24 24:2 26:1
  26:20 28:7,12,12
doing 10:4 17:5,6
dollars 29:14
Dr 2:1 7:10 9:22 10:3,7,23
  11:2,9,21 12:2,8,16
  13:11,14,17,19 14:1,5
  14:17 15:7,10,16,19,23
  16:2,5,9,12,16,18 17:6
  17:10 18:13,21 19:4,5
  19:12,14,23 20:2,12
  21:3,7 22:2,8,10,12,21
  23:3,8,17,22,24 24:2,6,8
  24:10,12,16,21 25:5,18
  26:22 27:1,4,9,11,14,18
  28:6,20,23 29:13,22
Drat 10:17
Drop 29:6
drug 19:20
Dupree 21:8

**E**

easily 6:5
easy 4:5 5:12 11:22 17:15
either 5:12 18:8 28:13
engaged 3:4
erase 12:18
erasing 12:14
especially 13:7
examples 3:11
existing 8:16
experimenting 19:19

**F**

fact 4:16 5:20
fails 3:8
familiar 19:14
far 24:16

farther 28:1
fault 2:13,14
feel 18:15
filter 2:9
final 17:22 18:17 26:13
  29:24
finally 26:8
find 25:22
fine 4:9 7:8 11:16,16 18:5
  20:22 24:17
finished 18:21
first 11:3
fix 5:7 9:3 18:23 19:1
fixed 8:15
fixing 5:18
flap 4:11
flexible 13:22
flies 5:21
Fluids 25:11
forcing 4:15
forever 12:23
forgot 7:10
forward 7:16 12:13,16
  22:15 23:20
funky 25:10
funny 12:24

**G**

gamble 5:16
gap 7:15 9:24 14:21 15:2
gaps 15:13
GFX 3:21 10:19 11:18,24
  12:6,10 14:6 16:6
ghosting 11:11
Give 8:8 16:5 20:17 27:20
gives 16:6
go 2:13,22 3:5,12,13 4:2,3
  4:6,20 5:2,21 6:3 7:4,21
  8:19,21 9:1 12:17,22
  14:6,8 17:23 21:8,12,15
  21:15,16,21 22:23 23:13
  23:13 24:14,17,22,23
  25:12 26:13,22 27:23,24
goes 5:21 6:5 17:23 23:14
  23:15,19 24:1
going 2:16 6:17 7:20 8:10
  8:11,13,15 9:3 10:1,8,21
  12:4 17:22 18:23 22:20
  24:5 26:13 27:12 28:14
  29:16
good 3:9 4:8,19,21 5:3,5
  6:19,19,23 7:8,10,12
  8:21 9:8,12 10:6,6,18
  12:3 13:19 15:3 16:21
  17:3,7,11,12,18,20 18:5
  19:15,20 20:2 21:7,20
  21:21 22:18 23:8 24:3

24:10,17 25:13 26:15
  27:24
Great 4:21 21:16
grind 2:7
guarantee 18:7
guess 15:20,24
guide 29:2
guy 7:2
guys 3:15

**H**

hands 5:24
hanging 3:9
happened 20:17
Hartzler 17:7
Heparin 16:6
Hey 13:11
high 14:22 15:4
hold 2:18 5:9 14:24 17:18
  18:1 26:15,16
holding 18:20
home 19:2
Hook 4:12 6:14 8:20
  14:12
hooked 3:5
hooking 2:21
hope 5:11 23:9
hopefully 8:18
hot 8:11
hours 18:15
hump 11:13
hundred 24:3
hurt 10:1

**I**

idea 14:2
impressive 14:11,12,13
inappropriately 20:4
Indistinguishable 7:9
  9:21 10:2,22 11:8,20
  12:1,7,15 13:2,10,13,18
  13:24 14:4,16 15:6,9,15
  15:18,22 16:1,4,8,11,15
  16:17 17:9 18:12 19:3
  19:11,13,22 20:1,11
  21:2,6 22:1,11 23:2,7,16
  23:21,23 24:1,11,15
  25:4,16 26:21,24 27:3,8
  27:10,13,17 28:5,19,22
  29:12,21
inflation 28:16
inject 5:7 7:12 9:15 15:1,1
  17:20,20 18:3 19:8
interesting 19:20
intracoronary 2:6
iron 21:17,19,22,24 22:7
  22:8

Schatz Patient Bradberry, Spencie

**J**

jam 27:5
Jerry 6:19
JL 18:11 19:10
job 22:5
John 29:10
juicy 20:13

**K**

keep 15:19 29:13
keeping 16:21
kind 18:7,14 20:3
knots 22:6
know 4:14 11:2,4,22 13:1
14:21 15:2 19:14,16,19
24:16 26:6,19 27:1,18
29:18,20
knowing 5:14

**L**

LAD 15:20 21:10,12
landmark 23:5
LB 22:3
leave 18:6
length 3:18 11:18 27:19
lesion 6:6 8:23 21:10
let's 3:7 5:10 6:15 7:16,17
7:20 8:3 9:5 11:5,14,17
11:21 12:11,21 16:2
17:16,17 18:10,11 20:6
20:9,15 21:15 22:8 24:3
24:13,14,22 25:8,9,19
27:15 29:11
Levanox 19:12,18
little 2:11,24 4:20 5:6
6:13,23 8:14,14 9:15
13:22,23 15:2 16:10,24
19:7 20:6,7,9 23:1,24
24:2,13 25:9,18,20,22
26:11 27:4 28:9,13 29:1
29:18
long 18:24 27:15 28:15
longer 27:9
look 2:21 7:22 12:24
14:10 15:24 18:10 25:13
looking 5:5 6:13 26:2
looks 5:9 8:13 12:9 17:14
18:13 19:20 20:13 26:10
28:6 29:19
Loose 22:13,23,24 25:8
26:3,4
Lori 22:4,5
lost 12:23
lot 6:11 7:22 16:13 19:1,6
23:9
lots 13:6,6,7

low 28:15
luck 12:3
lumen 25:23

**M**

man 21:17,19,22,24 22:7
22:8
manipulate 25:20
marathon 18:8
Maria 19:6
matter 5:1 10:9
mentioned 9:2
metal 15:11
Microstent 11:14,15 12:3
mid-section 8:13 10:12
milli 3:17
millimeter 10:11
million 29:14
millipore 2:9
mind 6:23
mineral 2:3
minus 26:14
misbehave 28:10
mix 2:8
Mm-hmm 14:1 27:4
modest 18:13
moment 14:7
momentarily 27:5
money 29:8,11
motel 3:15
move 7:16 17:19 18:2
26:16

**N**

need 26:1
negative 22:16 23:20
Neutral 2:20,20
new 22:7,8 24:14
nice 16:2,6 17:15 26:17
28:15
nicely 3:4 23:19
nitro 2:6,6,7 20:9 25:9,11
26:8 29:1
normally 3:2 6:10,10
10:16 17:15
number 12:14,17

**O**

o 4:23
occlusive 24:24
Oh 2:19 9:19 10:15 12:13
14:1,10 19:24 20:21,23
oil 2:3
okay 2:10 3:3,6 4:2,3,8,22
6:3,6,11,12,13,17,21 7:6
7:12 8:12,19,19 9:5,7,10
9:12 10:10,18 11:16,21

12:8,8,10,11,17,21
13:17,21 14:1,5 15:19
16:5,18,24 17:6,10
18:10,17,20 20:15,21
21:7,16 22:21 23:4,13
23:14,18,18 24:12 25:8
26:3,10 27:23 28:1,11
28:14,20,21 29:5,15,16
29:17,24
old 4:13 13:3
Once 6:22
open 3:22 29:9
opened 20:24
ostium 6:9
ought 6:18 9:17,24
overlap 6:11

**P**

part 7:24
pass 14:7
patient 1:7 21:11
Paul 4:17 5:23
people 10:7
perfect 26:11
phone 15:17
pick 11:12 22:14
picture 9:10,13 24:22
pictures 18:17
piece 29:11
place 4:8 21:15
Plus 26:14
point 7:11 23:8
Poof 4:4
popped 7:2
possible 5:20
postdilate 8:5,8,16
pound 15:12
pour 2:9
predator 28:11
predilate 8:4,7,8,16
predilating 5:20
pressure 15:4
pretty 6:19 13:22 14:11
14:18 17:7 20:13,21
printouts 18:18
probably 5:6,7,18 7:22
9:24 15:13 27:9,21
problem 10:9 25:7
problems 25:14
proximal 5:9 16:23
pseudo 4:20 5:7 9:23
23:12
PSS 3:7 4:13 8:16 10:14
Pull 4:1
pulling 2:24
purposely 16:21
put 4:17,17,24 8:15 12:21

15:12 24:3 29:24

**Q**

question 14:3
quick 2:12 4:7 18:10

**R**

ran 2:4
ready 3:23 6:9,14 9:19
22:22
real 2:23
really 5:17 15:14 17:7
recommend 15:8
record 12:21
relax 9:24
replace 28:23
res 14:22
rescue 4:13
rest 12:23
right 2:2,4,5,15,20 3:5,15
3:16,19,21 4:4,7,8,9,10
4:12,19 5:4,8 6:1,15,17
7:1,2,5,7,7,14,16,18,20
7:23 8:21,22 9:9,12,16
10:7,10,17,20,21 11:6,9
11:10,10,10,11,12,24
12:19,22 13:20 14:5,18
14:19 16:12,14,20,23
17:2,3,13,22 18:5,6,9,22
20:8,12,13,14,15,21,22
21:1,14,15,18,20,23
22:9,10,19 23:5,6,22
24:4,18 25:12 26:6,9
27:6 28:3,3,4,21 29:16
29:17,19 30:2
risk 20:5
roll 6:14
room 4:18 15:17
round 14:13
run 24:13

**S**

salespeople 4:15
saline 2:8
Sam 9:2 29:8
Santa 19:6
save 29:8,10
Saw 6:12
SCHATZ 1:7 2:1 7:10
9:22 10:3,7,23 11:2,9,21
12:2,8,16 13:11,14,17
13:19 14:1,5,17 15:7,10
15:16,19,23 16:2,5,9,12
16:16,18 17:6,10 18:13
18:21 19:4,12,14,23
20:2,12 21:3,7 22:2,8,10
22:12,21 23:3,8,17,22

23:24 24:2,6,8,10,12,16
24:21 25:5,18 26:22
27:1,4,9,11,14,18 28:6
28:20,23 29:13,22
scoot 6:18
scroll 12:13,16 26:22
search 20:3
searching 22:5
second 23:17
section 8:5 16:24
see 2:13 3:24 4:7,23 5:8
5:10,21 6:6 11:5,11 12:8
13:6 14:22 16:9,18
17:13 20:9 22:3 23:15
25:22 26:1 28:16
seen 6:1
segment 11:3 16:3
send 19:2
shade 28:1
sharp 14:14
shit 29:11
shot 2:12 3:1 5:4 8:20 9:6
17:1 25:22
shots 25:6
show 20:19
side 18:22
slide 5:23 6:1
slip 5:10,19 6:5
smooth 16:12 18:8
snag 5:15
snagging 6:8
sorry 2:14 11:18 12:17,19
17:10
spasm 4:20 23:1,9,10 26:9
26:11 27:2,22 28:6,8,13
29:18,23
SPEAKER 10:4,6 11:16
13:16 17:4 18:19 22:7,9
22:20 24:5,7,9,19 25:17
Spence 2:17,23 6:7 17:6
Spencie 1:7 10:5,13 14:23
17:4 18:19
spg 25:23 28:17
split 9:15
stabilizer 20:16 23:15
24:14,18,19
Starting 3:10
stenosis 4:21 5:7 9:23
23:12
stenotic 8:14
stent 7:18 8:17 9:5 11:4
16:19 28:13
stented 28:4
stents 7:15 12:4 19:16
22:22
sticking 4:11
stiff 23:11

Schatz Patient Bradberry, Spencie

April 15, 1998

Schatz Patient Bradberry, Spencie

Page 33

| | | | | |
|---|---|---|---|---|
| **Stop** 19:17 21:21 27:24 | 14:15 18:24 23:13 25:24 | 25:20 26:7 27:5,6,15 | **20:03:06** 12:7,8 | **20:10:21** 15:4 |
| **stories** 20:3 | 28:20 | 28:9,9 29:6 | **20:03:08** 12:9 | **20:10:23** 15:5,6 |
| **straighter** 3:1 | **tired** 18:7,14 | **wonderful** 10:8 | **20:03:10** 12:10 | **20:10:27** 15:7 |
| **STs** 25:10 | **torquer** 25:2 | **work** 3:1,20 5:19 18:9 | **20:03:17** 12:11 | **20:10:28** 15:8,9 |
| **stuff** 6:16 19:8,8 20:6 | **touch** 10:11 28:12 | 22:4 | **20:03:39** 12:12 | **20:10:35** 15:10,16,19,23 |
| 28:12 | **tough** 13:1 | **worked** 26:8 | **20:03:49** 12:13 | **20:10:37** 15:11 |
| **sudden** 28:7 | **toxic** 19:8 | **works** 19:18 | **20:03:53** 12:14 | **20:10:41** 15:12 |
| **sure** 3:4 15:14,16 20:12 | **tried** 9:4 | **wouldn't** 3:12 19:19 | **20:05:31** 12:15 | **20:10:45** 15:13 |
| 22:3 27:12 | **true** 15:7,8 20:2 25:23 | **Wow** 23:4 | **20:05:37** 12:16 | **20:10:49** 15:14,15 |
| **surgery** 13:4 | **truth** 14:7 | | **20:05:39** 12:17 | **20:10:53** 15:17,18 |
| **switch** 21:13 23:14 | **try** 2:24 3:8 5:14,16 6:18 | **X** | **20:05:43** 12:18 | **20:11:02** 15:20 |
| **switching** 21:23 | 8:5 10:11 15:23 25:20 | **XS** 21:17 | **20:05:47** 12:19 | **20:11:04** 15:21,22 |
| **syringe** 28:17 | 29:6 | | **20:05:52** 12:20 | **20:11:09** 15:24 16:1 |
| | **Trying** 28:12 29:8,13 | **Y** | **20:05:54** 12:21 | **20:11:11** 16:2,5,12,16,17 |
| **T** | **tube** 8:20 | **yeah** 2:10,13,14,19 3:6 4:5 | **20:05:56** 12:22 | 16:18 |
| **table** 2:8 | **two** 7:15 13:8 18:15 27:21 | 4:8,10,18,19,22,22,22 | **20:06:01** 12:23 | **20:11:16** 16:3,4 |
| **tablet** 2:7 | 27:22 | 4:23 6:8,20 7:8,13 8:2,7 | **20:06:09** 12:24 | **20:11:31** 16:6 |
| **take** 2:7,12,17,23 3:3 4:20 | | 8:9,23 9:2,15 10:3,14,17 | **20:06:11** 13:1,2 | **20:11:42** 16:7,8 |
| 6:7,9 7:1,4 8:20,22 9:7,9 | **U** | 10:19 12:4 13:3,5,14,19 | **20:06:15** 13:3 | **20:11:50** 16:9 |
| 9:9,12 10:13,17 11:21 | **unction** 13:23,23 | 14:1,17 15:16,16 16:9 | **20:06:16** 13:4 | **20:11:52** 16:10,11 |
| 12:6 14:9,23,23 15:1,5 | **underdilated** 7:19 | 17:1,16 19:4,23,24 20:2 | **20:06:21** 13:5 | **20:12:00** 16:13 |
| 15:11,24 16:20 17:2,13 | **UNIDENTIFIED** 10:4,6 | 20:12,12,20 21:4 23:3,8 | **20:06:23** 13:6 | **20:12:04** 16:14,15 |
| 18:10 21:18 22:19 24:4 | 11:6 13:16 17:4 18:19 | 23:17,24 24:12 25:5,7 | **20:06:27** 13:7 | **20:12:51** 16:19 |
| 24:22 25:19 26:15 28:3 | 22:7,9,20 24:5,7,9,19 | 26:4,9 27:4,7,14,18 28:2 | **20:06:33** 13:8 | **20:12:53** 16:20 |
| 28:14 30:2 | 25:17 | 29:6,22,22 | **20:06:37** 13:9 | **20:12:58** 16:21 |
| **taken** 6:15 | **unusual** 13:6 | **yesterday** 4:17 | **20:06:39** 13:10 | **20:13:00** 16:22 |
| **talk** 9:4 19:4 | **use** 9:18 16:16 21:7,12 | | **20:06:59** 13:11,12,13 | **20:13:13** 16:23 |
| **talked** 8:2 | 23:4 | **Z** | **20:07:14** 13:14 | **20:13:15** 16:24 |
| **tap** 12:17 | | **Zitech** 19:24 | **20:07:17** 13:15 | **20:13:27** 17:1 |
| **tape** 9:19,19 12:13,20,21 | **V** | | **20:07:42** 13:21 | **20:13:31** 17:2 |
| 21:9 | **vessel** 14:18 | **0** | **20:08:24** 13:22 | **20:13:41** 17:3 |
| **taping** 2:19 | **visible** 3:24 | **0** 3:6 | **20:08:48** 13:23,24 | **20:13:43** 17:9 |
| **tear** 25:1,3 28:9,13 | | | **20:08:49** 14:1 | **20:13:51** 17:4 |
| **telescoped** 15:14 | **W** | **1** | **20:08:52** 14:2 | **20:13:52** 17:5 |
| **Telescoping** 5:12 | **wait** 13:11 | **1** 12:14,17,22 17:23,23 | **20:08:55** 14:3,4 | **20:13:53** 17:6 |
| **tell** 4:15 10:8 18:21 22:17 | **wall-to-wall** 15:11 | **10** 8:22 9:7,7 16:20 17:2 | **20:08:57** 14:5 | **20:13:55** 17:7 |
| 28:7 | **want** 4:16,16,23 9:19 | 24:6,7 | **20:09:00** 14:6 | **20:13:59** 17:8 |
| **ten** 13:8 | 12:16,17 15:20,21 | **12** 8:23 9:7 13:8 16:22 | **20:09:10** 14:7 | **20:14:03** 17:10 |
| **Tension** 4:3 | **wasn't** 2:14 4:5 | 17:2 24:8,9 | **20:09:12** 14:8 | **20:14:19** 17:11 |
| **Terry** 6:5 | **Watch** 2:22 25:1 | **14** 8:23 9:8 16:22 17:2 | **20:09:16** 14:9 | **20:14:34** 17:12 |
| **test** 2:12,12 4:7,19 5:4 | **way** 9:10 21:21 | 24:8,9 | **20:09:19** 14:10 | **20:14:35** 17:13 |
| 6:11,13,17,19,21,21,22 | **WD-40** 2:3 | **15** 5:10 6:4 8:4 9:11,14,16 | **20:09:20** 14:11 | **20:14:37** 17:14 |
| 6:24 8:20,21 9:5 14:15 | **week** 8:10 | 9:22 10:11,11 22:22 | **20:09:24** 14:12 | **20:14:39** 17:15 |
| 14:17,20 17:1 25:6,22 | **went** 2:5 28:7 | 23:4,18 | **20:09:28** 14:13 | **20:14:48** 17:16 |
| 25:24 | **we'll** 3:8,20 4:23 5:7,8 6:6 | **16** 7:4 8:23 9:8 17:2 | **20:09:31** 14:14 | **20:14:52** 17:17 |
| **thing** 15:13 | 6:14 8:4 9:12,13 14:22 | **18** 3:17,21 9:1 11:14,24 | **20:09:34** 14:15,16 | **20:14:55** 17:18 |
| **things** 2:11 | 15:13,19,24 16:3 17:13 | 12:10 14:6 | **20:09:40** 14:17 | **20:14:57** 17:19 |
| **think** 4:11 5:17 6:22 7:1 | 18:11 19:4,12 21:7,8,13 | | **20:09:42** 14:18 | **20:14:58** 17:20 |
| 7:13,21,22 10:1 11:7,9 | 23:14 28:15 | **2** | **20:09:44** 14:19 | **20:15:02** 17:21 |
| 12:18 14:13,19 18:6,13 | **we're** 2:16,19 4:7 7:20 | **2** 4:20 8:22 9:7 15:1 16:20 | **20:09:48** 14:20 | **20:15:04** 17:22 |
| 20:19 26:7,7 28:14 | 8:13,15 17:7 18:23 | 22:19,20 24:4,5 28:3 | **20:09:52** 14:21 | **20:15:07** 17:23 |
| 29:16,17,22 | 21:23 29:3 30:2 | **2s** 12:3 | **20:09:54** 14:22 | **20:15:11** 17:24 |
| **thinking** 29:10 | **we've** 8:12 18:24 | **2,000** 16:5 | **20:09:58** 14:23 | **20:15:12** 18:1 |
| **tickled** 26:8 | **whimpy** 5:5 | **2.5** 27:9 28:11 | **20:10:02** 14:24 | **20:15:16** 18:2 |
| **Tie** 22:6 | **wild** 12:12 | **20** 3:17 | **20:10:03** 15:1 | **20:15:23** 18:3,4,5 |
| **tight** 2:14 22:17 29:1 | **wire** 4:3 8:1 9:23 17:13,16 | **20:03:01** 12:5 | **20:10:08** 15:2 | **20:15:26** 18:6 |
| **time** 7:14 10:18 11:3 | 23:11,15 24:14 25:2,18 | **20:03:04** 12:6 | **20:10:11** 15:3 | **20:15:36** 18:7 |

Schatz Patient Bradberry, Spencie

April 15, 1998

| | | | | |
|---|---|---|---|---|
| 20:15:39 18:8 | 20:21:27 21:11 | 20:28:12 24:2 | 20:33:40 27:4 | 20:40:45 29:19 |
| 20:15:43 18:9 | 20:21:31 21:12 | 20:28:15 24:3 | 20:33:47 27:5 | 20:40:49 2:22 29:20,21 |
| 20:15:44 18:10 | 20:21:36 21:13 | 20:28:18 24:4,5 | 20:33:50 27:6 | 20:40:51 2:23 |
| 20:15:47 18:11 | 20:21:45 21:14 | 20:28:23 24:6,7 | 20:33:54 27:7,8 | 20:40:53 29:22 |
| 20:15:52 18:12 | 20:21:47 21:15 | 20:28:24 24:8,9 | 20:33:58 27:9,10 | 20:40:54 2:24 |
| 20:15:55 18:13 | 20:22:46 21:16 | 20:28:26 24:10,11 | 20:34:11 27:11 | 20:40:56 3:1 |
| 20:15:59 18:14 | 20:22:51 21:17 | 20:28:27 24:12 | 20:34:13 27:12,13 | 20:40:59 3:2 29:23 |
| 20:16:04 18:15 | 20:23:01 21:18 | 20:28:30 24:13 | 20:34:19 27:14,15 | 20:41:02 3:3 29:24 |
| 20:16:06 18:16 | 20:23:03 21:19 | 20:28:32 24:14,15 | 20:34:22 27:16,17,18 | 20:41:05 30:1 |
| 20:16:07 18:17 | 20:23:09 21:20 | 20:28:42 24:16,17,18 | 20:34:44 27:19,20 | 20:41:07 3:4 |
| 20:16:09 18:18 | 20:23:29 21:21 | 20:28:43 24:19 | 20:35:00 27:21 | 20:41:08 30:2 |
| 20:16:12 18:19 | 20:23:58 21:22 | 20:28:44 24:20 | 20:35:03 27:22 | 20:41:11 3:5 |
| 20:16:14 18:20 | 20:24:00 21:23 | 20:29:12 24:21 | 20:35:37 27:23 | 20:41:13 3:6 |
| 20:16:18 18:21 | 20:24:03 21:24 22:1 | 20:29:13 24:22 | 20:35:53 27:24 | 20:41:21 3:7 |
| 20:16:19 18:22,23 | 20:24:16 22:2 | 20:29:17 24:23 | 20:36:16 28:1 | 20:41:25 3:8 |
| 20:16:23 18:24 19:1 | 20:24:19 22:3 | 20:29:32 24:24 | 20:36:31 28:2 | 20:41:30 3:9 |
| 20:16:26 19:2,3 | 20:24:24 22:4 | 20:29:33 25:1 | 20:36:32 28:3 | 20:41:32 3:10 |
| 20:16:32 19:5 | 20:24:32 22:5 | 20:29:35 25:2 | 20:36:35 28:4,5 | 20:46:09 2:8 |
| 20:16:35 19:6 | 20:24:40 22:6 | 20:29:41 25:8 | 20:36:40 28:6 | 20:47:57 3:11 |
| 20:16:38 19:7 | 20:24:44 22:7 | 20:30:13 25:9 | 20:36:42 28:7 | 20:48:00 3:12 |
| 20:16:40 19:8 | 20:24:45 22:8 | 20:30:21 25:10,11 | 20:36:49 28:8 | 20:48:04 3:13 |
| 20:16:43 19:9 | 20:24:50 22:9 | 20:30:32 25:12 | 20:37:22 28:9 | 20:48:07 3:14 |
| 20:16:54 19:10,11 | 20:24:54 22:10 | 20:30:44 25:13 | 20:37:26 28:10,11 | 20:48:11 3:15 |
| 20:17:47 19:22,24 20:1 | 20:25:02 22:11 | 20:30:47 25:14 | 20:37:29 28:12 | 20:48:16 3:16 |
| 20:18:19 19:15 | 20:25:04 22:12 | 20:30:49 25:15 | 20:37:33 28:13 | 20:48:18 3:17 |
| 20:18:22 19:16 | 20:25:14 22:13 | 20:31:00 25:16,17 | 20:37:37 28:14 | 20:48:24 3:18 |
| 20:18:27 19:17 | 20:25:15 22:14 | 20:31:01 25:18 | 20:37:42 28:15 | 20:48:27 3:19 |
| 20:18:29 19:18 | 20:25:20 22:15 | 20:31:03 25:19 | 20:37:44 28:16 | 20:48:29 3:20 |
| 20:18:30 19:19 | 20:25:22 22:16 | 20:31:06 25:20 | 20:37:48 28:17 | 20:48:33 3:21 |
| 20:18:32 19:20 | 20:25:30 22:17 | 20:31:09 25:21 | 20:37:52 28:18,19 | 20:48:39 3:22 |
| 20:18:36 19:21 | 20:25:40 22:18 | 20:31:12 25:22 | 20:37:57 28:20 | 20:48:54 3:23 |
| 20:18:54 20:3 | 20:25:41 22:19 | 20:31:16 25:23 | 20:38:58 28:21,22 | 20:48:57 3:24 |
| 20:18:57 20:4 | 20:25:43 22:20 | 20:31:20 25:24 | 20:39:05 28:23 | 20:49:05 4:1,2 |
| 20:19:00 20:5 | 20:25:47 22:21 | 20:31:25 26:1 | 20:39:06 28:24 | 20:49:16 4:3 |
| 20:19:09 20:6 | 20:25:50 22:22 | 20:31:29 26:2 | 20:39:15 29:1 | 20:49:25 4:4 |
| 20:19:15 20:7 | 20:25:57 22:23 | 20:31:36 26:3 | 20:39:31 2:1,2,3,4,5,6,7 | 20:49:29 4:5 |
| 20:19:18 20:8 | 20:26:01 22:24 | 20:31:37 26:4 | 2:9,10,11 29:2 | 20:49:31 4:6 |
| 20:19:23 20:9 | 20:26:34 23:1 | 20:31:40 26:5 | 20:39:38 29:3 | 20:49:32 4:7 |
| 20:19:27 20:10,11 | 20:26:38 23:7 | 20:31:46 26:6 | 20:39:42 29:4 | 20:49:34 4:8 |
| 20:19:49 20:13 | 20:26:39 23:2,3 | 20:31:52 26:7 | 20:39:49 29:5 | 20:49:37 4:9 |
| 20:19:54 20:14 | 20:26:41 23:4 | 20:31:53 26:8 | 20:39:51 29:6 | 20:49:41 4:10 |
| 20:20:00 20:15 | 20:26:45 23:5 | 20:32:16 26:9 | 20:39:58 29:7 | 20:49:49 4:11 |
| 20:20:03 20:16 | 20:26:50 23:6 | 20:32:22 26:10 | 20:40:00 29:8 | 20:49:55 4:12 |
| 20:20:10 20:17 | 20:26:52 23:8 | 20:32:25 26:11 | 20:40:03 29:9 | 20:49:57 4:13 |
| 20:20:20 20:18 | 20:26:55 23:9 | 20:32:29 26:12 | 20:40:06 29:10 | 20:50:03 4:14 |
| 20:20:28 20:19 | 20:26:58 23:10 | 20:32:30 26:13 | 20:40:10 29:11,12 | 20:50:04 4:15 |
| 20:20:34 20:20 | 20:27:01 23:11 | 20:32:34 26:14 | 20:40:12 29:13 | 20:50:07 4:16 |
| 20:20:39 20:21 | 20:27:03 23:12 | 20:32:44 26:15 | 20:40:13 29:14 | 20:50:09 4:17 |
| 20:20:42 20:22 | 20:27:09 23:13 | 20:32:47 26:16 | 20:40:16 29:15 | 20:50:12 4:18 |
| 20:21:02 20:23 | 20:27:16 23:14 | 20:32:52 26:17 | 20:40:20 2:12,13,14 | 20:50:14 4:19 |
| 20:21:05 20:24 | 20:27:18 23:15 | 20:32:54 26:18 | 20:40:28 2:15,16,17 | 20:50:16 4:20 |
| 20:21:06 21:1,2 | 20:27:33 23:16,17,21,22 | 20:32:58 26:19 | 20:40:30 29:16 | 20:50:23 4:21 |
| 20:21:11 21:4 | 23:23 24:1 | 20:33:00 26:20,21 | 20:40:31 2:18 | 20:50:37 4:22 |
| 20:21:15 21:5,6 | 20:27:34 23:18 | 20:33:07 26:22 | 20:40:35 2:19 | 20:50:50 4:23 |
| 20:21:20 21:8 | 20:27:41 23:19 | 20:33:11 26:23,24 | 20:40:38 2:20 29:17 | 20:50:51 4:24 |
| 20:21:23 21:9 | 20:27:51 23:20 | 20:33:30 27:1 | 20:40:41 29:18 | 20:50:54 5:1 |
| 20:21:24 21:10 | 20:28:10 23:24 | 20:33:32 27:2,3 | 20:40:42 2:21 | 20:50:57 5:2 |

Schatz Patient Bradberry, Spencie

April 15, 1998

| | | | |
|---|---|---|---|
| 20:51:00 5:3 | 20:56:01 7:14 | 21:00:19 10:1,2 | **4** |
| 20:51:04 5:4 | 20:56:08 7:15 | 21:00:35 10:3,4,5 | 4 4:20 8:22 9:7 15:1 16:20 |
| 20:51:12 5:5 | 20:56:11 7:16 | 21:00:48 10:6,7 | 18:11 19:10 22:19,20 |
| 20:51:18 5:6 | 20:56:13 7:17 | 21:00:49 10:8 | 24:4,5 26:14 |
| 20:51:20 5:7 | 20:56:18 7:18 | 21:00:56 10:9,10 | **4-inch** 29:4 |
| 20:51:27 5:8 | 20:56:21 7:19 | 21:00:57 10:11 | **4/15/98** 1:7 |
| 20:51:28 5:9 | 20:56:25 7:20 | 21:01:02 10:12 | **40** 27:11,20,20 28:11 |
| 20:51:36 5:10 | 20:56:28 7:21 | 21:01:03 10:13 | **45** 26:13 |
| 20:51:39 5:11 | 20:56:32 7:22 | 21:01:07 10:14 | **49** 30:1 |
| 20:51:41 5:12 | 20:56:36 7:23 | 21:01:12 10:15 | |
| 20:51:44 5:13 | 20:56:40 7:24 | 21:01:14 10:16 | |
| 20:51:51 5:14 | 20:56:41 8:1 | 21:01:22 10:17 | **5** |
| 20:51:54 5:15 | 20:56:44 8:2 | 21:01:29 10:18 | 5 3:6 29:4 |
| 20:52:05 5:16 | 20:56:46 8:3 | 21:01:31 10:19 | **500** 25:11 |
| 20:52:07 5:17 | 20:56:49 8:4 | 21:01:38 10:20 | |
| 20:52:10 5:18 | 20:56:54 8:5 | 21:01:40 10:21,22 | **6** |
| 20:52:13 5:19 | 20:56:57 8:6 | 21:01:47 10:23 | 6 4:20 8:22 9:7 15:1 16:20 |
| 20:52:16 5:20 | 20:57:00 8:7 | 21:01:49 10:24 11:1 | 22:19,20 24:4,5 |
| 20:52:19 5:21 | 20:57:02 8:8 | 21:01:59 11:2 | |
| 20:52:25 5:22 | 20:57:08 8:9 | 21:02:01 11:3 | **8** |
| 20:52:26 5:23 | 20:57:21 8:10 | 21:02:03 11:4 | 8 8:22 9:7 15:3 16:20 24:6 |
| 20:52:29 5:24 | 20:57:24 8:11 | 21:02:07 11:5,6,7 | 24:7 |
| 20:52:30 6:1 | 20:57:26 8:12 | 21:02:09 11:8,9 | |
| 20:52:34 6:2 | 20:57:29 8:13 | 21:02:10 11:10 | **9** |
| 20:52:37 6:3 | 20:57:33 8:14 | 21:02:12 11:11 | 9 10:20 15:3,17 |
| 20:52:38 6:4 | 20:57:38 8:15,16 | 21:02:15 11:12,13 | |
| 20:52:43 6:5 | 20:57:40 8:17 | 21:02:18 11:14 | |
| 20:52:46 6:6 | 20:57:42 8:18 | 21:02:23 11:15 | |
| 20:52:51 6:7 | 20:57:43 8:19 | 21:02:25 11:16 | |
| 20:52:55 6:8 | 20:58:05 8:20 | 21:02:27 11:17 | |
| 20:52:57 6:9 | 20:58:12 8:21 | 21:02:30 11:18 | |
| 20:53:01 6:10 | 20:58:18 8:22 | 21:02:33 11:19,20 | |
| 20:53:06 6:11 | 20:58:23 8:23 | 21:02:34 11:21 | |
| 20:53:13 6:12 | 20:58:28 8:24 | 21:02:38 11:22,23,24 | |
| 20:53:19 6:13 | 20:58:29 9:1 | 12:1 | |
| 20:53:24 6:14 | 20:58:36 9:2,3 | 21:02:45 12:2 | |
| 20:53:29 6:15 | 20:58:39 9:4 | 21:02:49 12:3 | |
| 20:53:32 6:16 | 20:58:41 9:5 | 21:02:58 12:4 | |
| 20:53:38 6:17 | 20:58:44 9:6 | 22 9:17 21:1 | |
| 20:53:43 6:18 | 20:58:46 9:7 | 23 26:14 | |
| 20:53:46 6:19 | 20:58:54 9:8 | 29 12:22 | |
| 20:53:56 6:20 | 20:59:02 9:9 | | |
| 20:54:11 6:21 | 20:59:03 9:10 | **3** | |
| 20:54:25 6:22 | 20:59:12 9:11 | 3 11:17 | |
| 20:54:32 6:23 | 20:59:21 9:12 | 3.0 5:9,10 6:4 8:3,4 9:10 | |
| 20:54:37 6:24 | 20:59:29 9:13 | 9:11,13,14,16 10:11,20 | |
| 20:54:43 7:1 | 20:59:33 9:14 | 10:24 11:14 14:6 21:4 | |
| 20:54:46 7:2,3 | 20:59:37 9:15 | 23:4,18 26:10 | |
| 20:54:49 7:4 | 20:59:43 9:16 | 3.5 3:17,21 10:21,23 | |
| 20:54:52 7:5 | 20:59:47 9:17 | 11:17,24 12:10 14:6 | |
| 20:54:57 7:6 | 20:59:49 9:18 | 15:12 16:3,14 22:22 | |
| 20:55:03 7:7 | 20:59:50 9:19 | 30 10:21 16:3,14 | |
| 20:55:06 7:8,9 | 20:59:52 9:20,21 | 30-0 8:15 | |
| 20:55:24 7:10 19:4,12,13 | 20:59:57 9:22 | 35 17:23 | |
| 19:14,23 20:2,12 21:3,7 | 200 25:11 | 38 26:13 29:24 | |
| 20:55:43 7:11 | 21:00:11 9:23 | 39 26:22,23 30:1 | |
| 20:55:47 7:12,13 | 21:00:15 9:24 | | |