IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 97-550-SLR |
| | ) | |
| MEDTRONIC VASCULAR, INC., | ) | |
| BOSTON SCIENTIFIC CORPORATION and | ) | |
| SCIMED LIFE SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| MEDTRONIC VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 97-700-SLR |
| | ) | |
| CORDIS CORPORATION, JOHNSON & | ) | |
| JOHNSON and EXPANDABLE GRAFTS | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Cordis Corporation's reply brief is due in support of its motion to reinstate and update the damages verdict against Medtronic Vascular, Inc. (D.I. 1393 in C.A. No. 97-550-SLR; D.I. 308 in C.A. No. 97-700-SLR) is extended through and including May 27, 2005.

| ASHBY & GEDDES | MORRIS NICHOLS ARSHT & TUNNELL |
|---|---|
| /s/ Steven J. Balick | /s/ Karen Jacobs Louden |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | Karen Jacobs Louden (I.D. #2881)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>302-575-7227<br>klouden@mnat.com |
| *Attorneys for Cordis Corporation* | *Attorneys for Medtronic Vascular, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
Chief Judge

149110.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>Rodney Square North<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | **VIA FEDERAL EXPRESS** |

*/s/ Steven J. Balick*

Steven J. Balick

133951.1