IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br>    *Plaintiff*,<br>    v.<br>MEDTRONIC AVE, INC., BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC.,<br>    *Defendants*. | **REDACTED PUBLIC VERSION**<br><br>C.A. No. 97-550-SLR<br>(Consolidated) |
| MEDTRONIC AVE, INC.,<br>    *Plaintiff*,<br>    v.<br>CORDIS CORPORATION, et al.,<br>    *Defendants*. | C.A. No. 97-700-SLR |

### DECLARATION OF CREIGHTON G. HOFFMAN

I, CREIGHTON G. HOFFMAN declare under penalty of perjury:

**REDACTED**

**REDACTED**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Feather Down this 27th day of May 2005.
Florida

Creighton G. Hoffman

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2005, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF CREIGHTON G. HOFFMAN** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096 | VIA FEDERAL EXPRESS |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
John G. Day