IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | Civil Action No. |
| ) | | 97-550-SLR |
| MEDTRONIC VASCULAR, Inc., BOSTON ) | | |
| SCIENTIFIC CORPORATION, and BOSTON ) | | |
| SCIENTIFIC SCIMED, INC. (formerly known as ) | | |
| Scimed Life Systems, Inc.), ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| MEDTRONIC VASCULAR, Inc., ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | Civil Action No. |
| ) | | 97-700-SLR |
| CORDIS CORPORATION, ) | | |
| ) | | |
| Defendants. ) | | |

**STIPULATION AMENDING PROTECTIVE ORDER**

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval that the Protective Order filed August 25, 1999 and signed by the Court on August 31, 1999 (D.I. 519 in C.A. No. 97-550) be amended by replacing paragraph 4(c) with the following new paragraph 4(c):

"4(c). Dewey Ballantine LLP; Fulwider Patton Lee & Utecht, LLP; Morgan, Lewis & Bockius, LLP; Pillsbury Winthrop Shaw Pittman LLP; McDermott Will & Emery LLP; Morris, Nichols, Arsht & Tunnell; Kenyon & Kenyon; Ashby & Geddes; Patterson, Belknap, Web & Tyler LLP; Richards, Layton & Finger; and Young,

Conaway, Stargatt & Taylor, each of which is attorney of record for one or more of the parties, and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;"

AGREED:

**OF COUNSEL:**

| | |
|---|---|
| George M. Sirilla | */s/ Karen Jacobs Louden* |
| William P. Atkins | Karen Jacobs Louden (#2881) |
| PILLSBURY WINTHROP SHAW | Leslie A. Polizoti (#4299) |
| PITTMAN LLP | MORRIS, NICHOLS, ARSHT & |
| 1650 Tysons Boulevard | TUNNELL |
| McLean, Virginia 22102 | 1201 N. Market Street |
| (703) 770-7900 | P.O. Box 1347 |
| | Wilmington, Delaware 19899-1347 |
| Raphael V. Lupo | (302) 658-9200 |
| Donna M. Tanguay | klouden@mnat.com |
| James G. Rizzo | lpolizoti@mnat.com |
| McDERMOTT WILL & EMERY LLP | |
| 600 13th Street, N.W. | |
| Washington, D.C. 20005 | |
| (202) 756-8000 | |

Fay M. Morisseau
Matthew F. Weil
Michael R. O'Neill
David M. Stein
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 400
Irvine, California 92612-7107
(949) 851-0633

*Attorneys for Medtronic Vascular, Inc.*

Dated: November 29, 2005

**OF COUNSEL:**

| | |
|---|---|
| Gregory L. Diskant | /s/ Steven J. Balick |
| Eugene M. Gelernter | Steven J. Balick (#2114) |
| William F. Cavanaugh, Jr. | John G. Day (#2403) |
| Scott B. Howard | ASHBY & GEDDES |
| Rosa E. Son | 222 Delaware Avenue, 17th Floor |
| PATTERSON, BELKNAP, WEB | Wilmington, Delaware 19899 |
| & TYLER LLP | (302) 654-1888 |
| 1133 Avenue of the Americas | sbalick@ashby-geddes.com |
| New York, NY 10036 | jday@ashby-geddes.com |
| (212) 363-2000 | |

*Attorneys for Cordis Corporation, Ethicon, Inc., and Johnson & Johnson Interventional Systems Co.*

Dated: November 29, 2005

**OF COUNSEL:**

| | |
|---|---|
| George E. Badenoch | /s/ Karen E. Keller |
| Mark A. Chapman | Josy W. Ingersoll (#1088) |
| KENYON & KENYON | Karen E. Keller (#4489) |
| One Broadway | YOUNG CONAWAY STARGAT |
| New York, NY 10019 |  & TAYLOR |
| (212) 425-7200 | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| | Wilmington, DE 19899 |
| | (302) 571-6600 |
| | kkeller@ycst.com |

*Attorneys for Boston Scientific Corporation, and Boston Scientific Scimed, Inc.*

Dated: November 29, 2005

IT IS SO ORDERED this _____ day of _____, 200_.

_____
United States District Judge

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 29, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick (sbalick@ashby-geddes.com)
>John G. Day (jday@ashby-geddes.com)
>Josy W. Ingersoll (jingersoll@ycst.com)

I further certify that on November 29, 2005 I served copies of the foregoing to the following counsel in the manner indicated:

**By Hand**

>Steven J. Balick
>John G. Day
>ASHBY & GEDDES
>222 Delaware Avenue, 17th Floor
>Wilmington, Delaware 19899

>Josy W. Ingersoll
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899

>*/s/ Karen Jacobs Louden*
>Karen Jacobs Louden
>klouden@mnat.com