IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 97-550-SLR |
| ) | (consolidated) |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| BOSTON SCIENTIFIC SCIMED, INC., ) | |
| and MEDTRONIC AVE, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MEDTRONIC AVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 97-700-SLR |
| ) | |
| CORDIS CORPORATION, JOHNSON & ) | |
| JOHNSON and EXPANDABLE GRAFTS ) | |
| PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington, this 27th day of March, 2006, consistent with the opinion issued this same day;

IT IS ORDERED that:

1. Medtronic's motion for a new trial on Cordis' patent infringement claims and Medtronic's invalidity counterclaims (Civ. No. 97-550-SLR, D.I. 1383) is denied.

2. Medtronic's motion for a new trial on Cordis' patent infringement claims and Medtronic's invalidity counterclaims

(Civ. No. 97-700-SLR, D.I. 305) is denied.

3. Medtronic's motion for judgment as a matter of law on Cordis' patent infringement claims (Civ. No. 97-550-SLR, D.I. 1384) is denied.

4. Medtronic's motion for judgment as a matter of law on Cordis' patent infringement claims (Civ. No. 97-700-SLR, D.I. 306) is denied.

_____
United States District Judge