IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC AVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 97-700-SLR |
| ) | |
| CORDIS CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>P.O. Box 1150
>Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

>ASHBY & GEDDES
>
>/s/ Steven J. Balick
>_____
>Steven J. Balick (I.D. # 2114)
>John G. Day (I.D. # 2403)
>Tiffany Geyer Lydon (I.D. #3950)
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, Delaware 19899
>302-654-1888
>
>*Attorneys for Defendants*

*Of Counsel:*

Gregory L. Diskant
William F. Cavanaugh, Jr.
Eugene M. Gelernter
Michael J. Timmons
PATTERSON, BELKNAP, WEBB, & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

Theodore B. Van Itallie, Jr.
Eric I. Harris
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ  08933
732-524-0400

Dated:  December 14, 2006
175980.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the following counsel of record in the manner indicated:

Karen Jacobs Louden, Esquire                                        <u>VIA ELECTRONIC MAIL</u>
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Raphael V. Lupo, Esquire                                             <u>VIA ELECTRONIC MAIL</u>
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C.  20005-3096


*/s/ Steven J. Balick*
_____
Steven J. Balick