IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 97-550 (SLR) |
| | ) | |
| MEDTRONIC VASCULAR, Inc., BOSTON | ) | |
| SCIENTIFIC CORPORATION, and BOSTON | ) | |
| SCIENTIFIC SCIMED, INC. (formerly known as | ) | |
| Scimed Life Systems, Inc.), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| MEDTRONIC VASCULAR, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 97-700 (SLR) |
| | ) | |
| CORDIS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AMENDING PROTECTIVE ORDER

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval, that the Protective Order filed August 25, 1999 and signed by the Court on August 31, 1999 (D.I. 519 in C.A. No. 97-550) be amended by replacing paragraph 4(c) with the following amended paragraph 4(c):

"4(c). Dewey Ballantine LLP; Fulwider Patton Lee & Utecht, LLP; Morgan, Lewis & Bockius, LLP; Pillsbury Winthrop Shaw Pittman LLP; McDermott Will & Emery LLP; Morris, Nichols, Arsht & Tunnell LLP; Boies, Schiller & Flexner LLP; Kenyon & Kenyon; Ashby & Geddes; Patterson, Belknap, Web & Tyler LLP;

Richards, Layton & Finger; and Young, Conaway, Stargatt & Taylor, each of which is

attorney of record for one or more of the parties, and their stenographic, clerical and

paralegal employees whose duties and responsibilities require access to such materials;"

AGREED:


OF COUNSEL:

George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7900

D. Michael Underhill
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
(202) 237-2727

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for Medtronic Vascular, Inc.*


OF COUNSEL:

Gregory L. Diskant
Eugene M. Gelernter
William F. Cavanaugh, Jr.
Scott B. Howard
Rosa E. Son
PATTERSON, BELKNAP, WEB
 & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 363-2000

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (#2114)
John G. Day (#2403)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
  *Attorneys for Cordis Corporation,*
  *Ethicon, Inc., and Johnson &*
  *Johnson Interventional Systems Co.*

OF COUNSEL:                           YOUNG CONAWAY STARGATT & TAYLOR

George E. Badenoch                    /s/ Josy W. Ingersoll
Mark A. Chapman                       _____
KENYON & KENYON                       Josy W. Ingersoll (#1088)
One Broadway                          Karen E. Keller (#4489)
New York, NY  10019                   1000 West street, 17th Floor
(212) 425-7200                        P.O. Box 391
                                      Wilmington, DE  19899
                                      (302) 571-6600
                                      jingersoll@ycst.com
                                      kkeller@ycst.com
                                        Attorneys for Boston Scientific
                                        Corporation and Boston Scientific
                                        Scimed, Inc.


March 10, 2008

        IT IS SO ORDERED this _____ day of March, 2008.


                            _____
                            United States District Judge

1735503