# United States Court of Appeals for the Federal Circuit

2006-1393,-1394,-1395,-1396,-1415,-1416

CORDIS CORPORATION,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION
and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

Defendants Appellants.

---

MEDTRONIC AVE, INC.,

Plaintiff-Appellant,

v.

CORDIS CORPORATION, JOHNSON AND JOHNSON,
and EXPANDABLE GRAFTS PARTNERSHIP,

Defendants-Appellees.

---

BOSTON SCIENTIFIC CORPORATION
and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

Plaintiffs-Appellants,

v.

ETHICON, INC., CORDIS CORPORATION,
and JOHNSON & JOHNSON INTERVENTIONAL SYSTEMS CO.,

Defendants-Cross Appellants.

# Judgment

ON APPEAL from the United States District Court for the District of Delaware in CASE NO(S) 97-CV-550, 97-CV-700, and 98-CV-19.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

<u>AFFIRMED IN PART, REVERSED IN PART, and REMANDED</u>.

ENTERED BY ORDER OF THE COURT

DATED JAN 0 7 2008

_Jan Horbaly, Clerk_

ISSUED AS A MANDATE: APR 1 6 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 4-10-08